IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Mr. Cordnelius Sledge RNI# 363369
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Shelby County Division of Corrections
ofc. David Dyson, Danny McClain - Sgt.
ofc. D. Haley
_____

(Enter above the full name of the defendant
or defendants in this action.)

RECEIVED 2016 APR 19 PM 12:24 THOMAS M. GOULD CLERK, US DISTRICT COURT W/D OF TN MEMPHIS

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

  B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit
    Plaintiffs: NONE

    Defendants: NONE

    2. Court (if federal court, name the district; if state court, name the county): NONE
    3. Docket Number: NONE
    4. Name of judge to whom case was assigned: NONE
    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

    6. Approximate date of filing lawsuit: NONE

    7. Approximate date of disposition: NONE

Revised 4/18/08

II. Place of Present Confinement: Shelby County Division of Corrections

    A. Is there a prisoner grievance procedure in the institution?
        Yes (✓)  No ( )

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
        Yes (✓)  No ( )

    C. If your answer is Yes:
      1. What steps did you take? I filed a grievance on these officers actions

      2. What was the result? Never got a response

    D. If your answer is No, explain why not: _____

III. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff Cordarrius Sledge LNI# 362369
       Address 1045 Mullins Station Road, Memphis TN 38134

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

    B. Defendant David Dyson is employed as As a Correctional officer at Shelby County Division of Corrections

    C. Additional Defendants: Shelby County Division of Corrections, Sgt. Danny McClain and Ofc. D. Haley

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

Officers came into 14 blocks for a random search, they said they seen smoke coming from the area I was in. I was called to the restroom to be striped searched by D. Haley and David Dyson while Sgt. Danny McClain supervised. They said I tried to flush contraband. D. Haley and Sgt. Danny McClain hit me in my face with punches and David Dyson picked me up in the air over his head and slammed me face first into the sink and then to the floor, after that I blanked out, I woke up at S.C.D.C. Medical

V. Relief
<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I would like these Defendants to be held for their Actions

VI. Jury Demand
I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 11 day of April, 2016.

Cordarluis Sludge Inf# 362369

(Signature of Plaintiff/Plaintiffs)

Revised 4/18/08