IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CORDARLRIUS SLEDGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHELBY COUNTY, DAVID DYSON, ) <br> DANNY MCCLAIN, and DEMETRIUS ) <br> HALEY, ) <br> ) <br> Defendants. ) | Civil Action No. <br> 2:16-cv-02259 STA-egb |

**DEFENDANTS DAVID DYSON AND DEMETRIUS HALEY'S MOTION FOR SUMMARY JUDGMENT BASED ON PLAINTIFF'S FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**

Defendants David Dyson and Demetrius Haley ("Defendants"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, move the Court grant to them summary judgment in this case as there are no genuine issues of material fact upon which Plaintiff is entitled to relief.

Plaintiff failed to exhaust his administrative remedies before bringing suit as required by the Prisoner Litigation Reform Act, 42 U.S.C. § 1997e (2012). Thus, Plaintiff's claim is barred by the PLRA and the Defendants are entitled to judgment as a matter of law. Defendants' arguments are more fully set forth in the contemporaneously filed Memorandum in Support of Defendants' Motion for Summary Judgment and Statement of Undisputed Material Facts. Based on those

filings, Defendants request that the Court grant summary judgment in their favor as to all claims and provide Defendants such other relief to which the Court deems they are entitled.

Respectfully submitted,

*/s/ E. Lee Whitwell*
E. LEE WHITWELL (#33622)
lee.whitwell@shelbycountytn.gov
JOHN MARSHALL JONES (#13289)
johnm.jones@shelbycountytn.gov
SHELBY COUNTY ATTORNEY'S OFFICE
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2100

*Attorneys for Defendants Haley and Dyson*

Certificate of Service

I hereby certify that a copy of the foregoing document was sent on the 24th day of October, 2017 via first class mail, postage prepaid, to the following:

Cordarlrius Sledge
3620 Dorado Avenue
Memphis, TN 38128

*Pro Se Plaintiff*

*/s/ E. Lee Whitwell*

2