

**EXHIBIT A**



| | | | |
|---|---|---|---|
| **ADMINISTRATIVE POLICIES AND PROCEDURES** Shelby County Division of Corrections | | Policy #: 323 | Page: 1 of 11 |
| | | Effective Date: April 27, 2015 | |
| | | Distribution: Intranet | |
| Review Date: April 27, 2016 | | Application: SCDC Employees, Contract Employees, Inmates, Interns, Vendors, and Volunteers | |
| Approved By: _(signature)_ | | Supersedes: 323 (7/8/2013) | |
| Subject: Office of Professional Standards - Inmate Grievance Process | | | |
| References: ACA Standards: 4-4016, 4-4284, 4-4285, 4-4344, 1-Core-2A-15, 1-Core-6B-01; | | | |
| TCI Standard: 1400-01.-.05 (10); PREA Standards: 115.52 (b) (1-2), (4 [c](1), [e]), (3) (f) (1) | | | |

## I.  Purpose and Policy

**A.** The purpose of this policy is to provide inmates with access to a grievance process which provides for informal resolution and a formal review of issues impacting conditions of confinement or institutional life which personally affect the grievant.

**B.** It is the policy of Shelby County Division of Corrections (SCDC) to provide a standard method by which inmates may seek formal administrative decisions or answers to issues or complaints.  (ACA: 4-4284, 4-4285, 4-4344, 1-Core-2A-15)

    **1.** Inmates are required to exhaust the grievance process prior to filing a lawsuit; (42 U.S.C. § 1997) (e) and 57 O.S. § 564) and

    **2.** This procedure will be made available to all inmates through orientation and library services that will include non-English translation as required.  Appropriate assistance for those impaired or disabled shall also be provided.

## II.  Definitions and Acronyms

**A.** **Business Days**: For the purpose of this policy, working days refers to Monday through Friday, excluding holidays.

**B.** **Confidential Grievance**:   A grievable issue concerning an alleged criminal or prohibited act by employees.

**C.** **Emergency Grievance**: A grievable issue which presents a threat of death or injury to an inmate or office, a threat of disruption of facility operations or requires immediate action.

**D.** **Employee/Staff**: For the purpose of this policy, any person compensated for working full-time, part-time or under  temporary appointment (includes grant funded positions), volunteer, or providing services under internship or contractual agreement with SCDC.

**E.** **Grievance**:   Circumstance or action considered unjust or grounds for complaint. Grievances are classified as line, medical, confidential or emergency.

| Effective Date: April 27, 2015 | Policy #: 323 | Page: 2 of 11 |
| --- | --- | --- |
| Subject: Office of Professional Standards - Inmate Grievance Process | | |

**F.** **Line Grievance:** A grievable issues that does not pertain to a confidential, medical, or an emergency grievance issue, except medical co-pay issues.

**G.** **Medical Grievance:** A grievable issue dealing with lack of medical care, inadequate medical care or improper medical care. This does not include medical co-pay issues.

**H.** **PREA:** Prison Rape Elimination Act of 2003.

**I.** **Prison Litigation Reform Act of 1996 (PLRA):** Requires inmates to completely exhaust a facility's internal grievance and administrative process prior to filing any complaint with any State Board or Federal Court.

**III.** **Procedures**

**A.** The inmate grievance process is designed to address inmate complaints related to any aspect of institutional life or condition of confinement which directly and personally affects the grievant. This includes, but is not limited to SDC Administrative Policies and Procedures and Federal, State, and Local Laws and/or Standards regarding the confinement of inmates in a penal institution. (ACA: 4-4284)

**B.** The following are not grievable under the Inmate Grievance Process:

**1.** Actions of the Governor or State Legislature;

**2.** Actions of the Mayor or County Commission; and

**3.** Parole, probation and facility transfer issues; and

**4.** Judicial proceedings or decisions of the courts.

**C.** The Inmate Grievance Process does not serve as a duplicate appeal process or substitute appeal process for the following, which have an independent appeal process:

**1.** Classification issues; and

**2.** Disciplinary hearing process.

**D.** Inmates who attempt to file grievances for actions outlined in alphabets B and C above will be instructed in writing to follow the appeal process outlined for the specific department and SCDC Policies and Procedures.

**E.** Pursuant to the PLRA of 1996, inmates shall completely exhaust SCDC administrative and/or internal grievance process prior to filing a complaint with the courts or State Boards.

| Effective Date: April 27, 2015 | Policy #: 323 | Page: 3 of 11 |
| --- | --- | --- |
| Subject: Office of Professional Standards - Inmate Grievance Process | | |

F.  Inmates may utilize the grievance process regardless of their disciplinary status, housing location or classification. Appropriate provisions shall be made to ensure inmates who are not fluent in English; persons with disabilities; inmates with low literacy levels; and the elderly and mentally ill have access to the grievance process.

G.  Employees shall ensure there are no barriers for inmates obtaining access to grievance forms or restricting their ability to file grievances and appeals in a timely and confidential manner.

H.  Inmates are not required to use the formal grievance process to submit a verbal or written emergency complaint.

   1.  An emergency is a condition which, if processed through the normal grievance time frames, would subject the inmate to substantial risk of medical harm, personal injury or cause other serious and irreparable harm; and

   2.  Any emergency complaint received by an employee shall be immediately evaluated through the chain of command to determine whether it is an emergency and requires immediate response outside of the grievance process. (i.e., excludes PREA related grievances. PREA related grievances may be sent directly to internal Affairs or any Administrative official.)

I.  Inmates may file grievances directly to the Director/designee when the content of the grievance is of a nature which would pose a threat to the safety of the inmate, employees, or other inmates in the grievance were filed through the established procedures.

J.  The written grievance procedure and grievance forms will be readily available to inmates and employees throughout SCDC in the grievance boxes located within each of the housing units. (ACA: 4-4344)

K.  An Inmate may assist another inmate in preparing a grievance, but the complainant must sign the grievance and submit the form.

L.  Inmates are only allowed to file five (5) grievances pertaining to different subject matters within a thirty (30) day period and only one (1) grievance topic is allowed per grievance.

M.  Inmates are not permitted to submit a grievance on behalf of another inmate or about an issue/complaint not directly affecting them personally (excludes PREA investigations).

N.  Grievance forms must be legibly written in blue or black ink (preferred). Grievances submitted in pencil are discouraged, (to prevent alteration by others) but will be accepted.

1. Grievances containing highlighted sections or other colors of ink are not allowed; and

2. Grievances containing drawings, decorating, doodling, use of profanity is prohibited.

O. Inmates are encouraged to inform employees of their complaints or concerns prior to filing a grievance.

1. Employees are expected to attempt to resolve inmate complaints in a professional and meaningful manner whenever possible prior to the inmate filing a grievance.  This includes but not limited to:

   a. Discussing the complaint with the inmate;

   b. Contacting parties necessary to resolve;

   c. Attempting to find solutions to resolve the complaint;

   d. Discussing proposed solutions and attempting to workout complaint with inmate; and

   e. Documenting the results of the attempt to resolve in their general logbook and in the Inmate Electronic Management System.

2. Employees, who refuse, prolong the process and/or restrict inmates from filing grievances shall be subject to corrective disciplinary action, up to and including termination.

P. Employees directly involved in the inmate's alleged complaint shall not determine the final resolution of the formal complaint.

Q. **Exhaustion of Administrative Remedies (PREA Incidents)**
   1. Inmates may submit a grievance pertaining to PREA related incidents at any time during their incarceration.  This includes, but is not limited to the filing of "Emergency Grievance" when the inmate has alleged that he/she is subject to a substantial risk or imminent sexual abuse.  Time limitations imposed on the filing of other types of grievances shall not be applicable to PREA incidents.  (PREA: 115.52 [b-1] [2], [f-1])

   2. Inmates shall not be required to file grievances related to PREA incidents through the normal grievance process.

| Effective Date: April 27, 2015 | Policy #: 323 | Page: 5 of 11 |
|---|---|---|
| Subject: Office of Professional Standards - Inmate Grievance Process | | |

     **a.** Inmates may report an alleged PREA violation to any individual with whom they are comfortable, to include, reporting the incident to an outside entity; and

     **b.** Third parties, including fellow inmates, employees, family members, attorneys and/or outside advocates, shall be permitted to assist inmates in filing requests for administrative remedies relating to allegations of sexual abuse and shall also be permitted to file such requests on behalf of inmates. (PREA: 115.52 [4][e][1])

        **1).** Inmates shall not be forced to participate in an investigation;

        **2).** SCDC shall review/investigate all third party complaints of sexual abuse even if the alleged victim (inmate[s]) refuses to cooperate;

        **3).** The review/investigation shall be performed to determine the validity of the accusation and/or if steps are required to protect the inmate(s); however,

        **4).** The refusal of inmate(s) to cooperate with investigators shall be documented in the investigation summary. (PREA: 115.52 [4][e][3])

   **3.** Inmates shall not be required to submit grievances to employees who are the subject of their complaint. (PREA: 115.52 [4][c][1])

**R.** Grievances received in the Grievance Office will not be processed without a signature of the inmate submitting the grievance. Third party signatures shall only be accepted for inmates filing PREA related grievances or for those inmates who are physically or mentally disabled or with limited literacy/English proficiency.

**IV.** **Grievance Types and Submission**

  **A.** **PREA Related Grievances**

   **1.** Inmates who choose to report PREA related incidents through the grievance process shall not have a time limit imposed when submitting grievances regarding sexual abuse or an emergency grievance alleging that he/she is subject to substantial risk of imminent sexual abuse.

   **2.** After receiving an emergency grievance alleging an inmate has been subject to a substantial risk of imminent sexual abuse; the Grievance Office shall immediately forward that grievance to the Office of Professional Standards/Internal Affairs Unit (OPS/IAU) for investigation and a copy to the PREA Coordinator.

     **a.** The OPS/IAU shall review the grievance and determine if immediate action (i.e., relocation of alleged victim and/or perpetrator) is required;

| Effective Date: April 27, 2015 | Policy #: 323 | Page: 6 of 11 |
|---|---|---|
| Subject: Office of Professional Standards - Inmate Grievance Process | | |

    **b.** The inmate shall be provided an initial response within forty-eight (48) hours and a final decision within five (5) calendar days. The initial response and final agency decision will document whether the inmate is in substantial risk of imminent sexual abuse and the action taken in response to the emergency grievance; and

    **c.** Inmates who file fraudulent (i.e., in bad faith) grievances alleging sexual abuse may be subject to disciplinary action.

**B.** **Line Grievance**

    **1.** Inmates should only submit a line grievance after they have attempted to resolve their concerns with employees assigned to their area. If an inmate does not receive a response from staff within eight (8) hours or does not agree with the resolution of the complaint, he/she may file a line grievance.

    **2.** All line grievances must be filed within thirty (30) days of the occurrence of the event in question. Line Grievances filed later than thirty (30) days of the occurrence will not be processed.

    **3.** The grievance office will forward line grievances to the Unit Manager or supervisor responsible for the area of concern indicated in the grievance.

    **4.** Unit Managers and/or supervisors will submit their response to the Grievance Office within ten (10) business days of receiving the grievance.

    **5.** Inmates will receive a response to line grievances within fifteen (15) business days from the date the grievance was submitted.

**C.** **Emergency Grievances**

    **1.** Inmates may give an emergency grievance to employees who must immediately forward the grievance to the Watch Commander/designee or they can be placed in the grievance box.

    **2.** If the grievance is given to the Watch Commander/designee, he/she must screen the grievance and determine whether it involves an emergency situation as defined in this policy.

    **3.** If the status of the grievance is determined to be a non-emergency grievance, it will be forwarded to the Grievance Office for processing.

    **4.** If it is determined to be an emergency, the grievance must be given immediate attention and resolved at the Administrative or Watch Commander level as soon as practicable, but not to exceed forty-eight (48) hours from receipt of the grievance.

| Effective Date: April 27, 2015 | Policy #: 323 | Page: 7 of 11 |
|---|---|---|
| Subject: Office of Professional Standards - Inmate Grievance Process | | |

5. Inmates will be notified in writing within forty-eight (48) hours of considered actions and a possible resolution date.

6. If the grievance is addressed by the Administrators/designee or the Watch Commander/designee; the final disposition will be forwarded to the Grievance Office.

**D.   Confidential Grievances**

1. The grievance office will forward all confidential grievances to the Director/designee.

2. The Director/designee will determine whether the grievance is confidential.  If the grievance is not confidential, it will be returned to the grievance office for processing as a line grievance.

3. The Director/designee may investigate confidential grievances even if the event occurred more than thirty (30) days before the inmate filed the grievance.

4. Upon completion of the investigation, the Director/designee must notify the inmate in writing of the action taken within twenty-five (25) business days.  The notification of actions taken by the Director/designee will be the final response and may not be appealed.

5. The Director/designee will forward the disposition of confidential grievances to the Grievance Office.

**E.   Medical Grievances**

1. The grievance office will forward all medical grievances to the Division's Health Authority (Medical Administrator) /designee in the same manner as line grievances.

2. The Division's Medical Authority/designee will determine whether the grievance is actually a medical related grievance.  If the grievance is not pertaining to a medical matter, the grievance will be returned to the grievance office for processing as a line grievance.

3. Inmates will receive a response to their grievance within fifteen (15) business days.   The notification of actions taken by the Division's Medical Authority/designee may be appealed in accordance with Roman Numeral IX (9) of this policy.

4. The disposition of the medical grievances will be forwarded to the Grievance Office; however, detailed information pertaining to confidential and/or medical grievances will not be provided to the grievance office.

| Effective Date: April 27, 2015 | Policy #: 323 | Page: 8 of 11 |
|---|---|---|
| Subject: Office of Professional Standards - Inmate Grievance Process | | |

## V.   Abuse of the Process

A.   The Grievance Office may determine there is abuse or misuse of the grievance process and may restrict the inmate's ability to submit a grievance. Types of abuse include, but are not limited to:

1.   The filing of a grievance containing profane language as well as language containing threatening physical harm to any individual, threatening escape, threatening damage to the Division of Corrections or directing sexually explicit language toward any individual;

2.   The filing of two (2) or more emergency grievances found not to be an emergency;

3.   The appeal of a grievance, which is documented as settled to the inmate's satisfaction when it was handled at a lower level;

4.   The continual and repeated submitting of frivolous grievances; (frivolous are those with no basis in fact or law)

5.   The repeated submitting of grievances about an issue previously addressed; and

6.   Submitting letters instead of utilizing the grievance process and failing to bring complaints by formal grievance.

B.   Inmates will be notified in writing citing the above listed reason(s) the inmate has been placed on grievance restrictions, if abuse of the process is determined. The determination of abuse of the process will also result in the immediate return of the grievance without a finding or response.

C.   The grievance restriction may be imposed for a period not longer than twelve (12) months. Further abuses are grounds for extending the restriction.

D.   Inmates are required to show cause as to why they should be permitted to file a grievance during the restriction period. Inmates will submit the grievance with an understanding that disciplinary action may be imposed if it is proven the contents of the grievance is a misrepresentation of the truth.

E.   A disciplinary report may be issued if an inmate has made a threat in a grievance against employees, visitors, or another inmate, or if an inmate has provided a falsified, forged or fraudulent document as evidence in the complaint.

## VI.   Procedures of the Grievance Office

A.   Upon receipt, grievances will be electronically date stamped and the grievance information entered in to the Division's electronic grievance database.

Case 2:16-cv-02259-STA-egb   Document 22-3   Filed 10/24/17   Page 9 of 48   PageID 101

| Effective Date: April 27, 2015 | Policy #: 323 | Page: 9 of 11 |
|---|---|---|
| Subject: Office of Professional Standards - Inmate Grievance Process | | |

   **B.**  Grievances will be screened to determine:

      **1.**   Whether the issue raised is a grievable issue;

      **2.**   Grievance type; (confidential, emergency, line, medical)

      **3.**   Whether proper procedures for submitting the grievance was followed;

      **4.**   Whether the grievance contains more than one issue; and

      **5.**   Proper routing. (Unit Managers, Supervisors, Director/designee or Medical)

   **C.**  Unit Managers and/or supervisors will be required to pick up and sign for line grievances from the Grievance Office within two (2) business days of notification from SCDC Grievance Coordinator/designee.  Line grievances must be returned to the Grievance Office within ten (10) business days.

      **1.**   Unit Managers and/or supervisors who fail to pick up grievances within the allotted amount of time on more than three (3) occasions with thirty (30) days information will be submitted to their Department Administrator/designee; and

      **2.**   Unit Managers and/or supervisors who fail to meet the established time statues after consultation with their Department Administrator may be subject to corrective disciplinary action.

   **D.**  Upon request, the Grievance Coordinator/designee may grant an extension to managers and supervisors on submitting their response.

**VII.**   <u>**Disposition and Remedies**</u>
   **A.**  Grievance findings shall consist of the following:

      **1.**   <u>Grievable With Merit</u>: The allegation and/or complaint was grievable and found to be true or likely to have occurred based on the evidence presented.  In such cases, inmates shall be notified as to what type of remedy will be forthcoming.

      **2.**   <u>Grievable Without Merit</u>: The allegation and/or complaint was grievable but when the matter was reviewed, there was not sufficient evidence to substantiate the allegation/complaint; and

      **3.**   <u>Non-Grievable Without Merit</u>: The allegation and/or complaint revolved around a matter that is non-grievable according to procedures outlined within this policy; therefore, a decision of merit cannot be proven.

| Effective Date: April 27, 2015 | Policy #: 323 | Page: 10 of 11 |
|---|---|---|
| Subject: Office of Professional Standards - Inmate Grievance Process | | |

    **B.**  Grievable matters will be given an appropriate and meaningful remedy.  Remedies may include, but are not limited to:

        **1.**  Corrective action to rectify the matter being grieved;

        **2.**  Changes in written policy and procedure or the application of a written policy or procedure;

        **3.**  Enforcement of an existing policy and procedure; and

        **4.**  Development of a policy or procedure pertaining to a grievance issue.

    **C.**  The Grievance Office will either grant or deny the grievance in whole or in part, and if granted, will provide appropriate remedy and due date.

**VIII.**  **Appeals** (4-4284, 1-Core-6B-01)

    **A.**  Inmates may appeal line or emergency grievance findings or remedies, to the Administrator/designee of the responding department within ten (10) business days of receipt if they disagree with the resolution.

    **B.**  Inmates may appeal medical grievances to the Division's Health Authority (Medical Administrator) /designee within ten (10) business of receiving the grievance.

    **C.**  Inmates may not appeal the confidential grievance decisions.

    **D.**  Inmates may appeal a grievance by utilizing the "Inmate Grievance Appeal Form".

    **E.**  The Director/designee must respond to appeals within thirty (30) business days of receipt of the appeal.  The findings of the Department Administrator/designee of shall be final.

    **F.**  The Division's Health Authority must respond to medical grievances within thirty (30) business days of receipt of the appeal.  The Division's Health Authority ruling is final.

**IX.**  **Process Timelines**

    **A.**  **Forty-Eight (48) Hours**:  Administrative Officials or the Watch Commander/designee have forty-eight (48) hours to respond to Emergency Grievances.

    **B.**  **Ten (10) Business Days**:

        **1.**  The period after receipt of a grievance in which supervisors or Unit Managers must provide the Grievance Office with a written response and supporting documentation regarding a line grievance; and

| Effective Date: April 27, 2015 | Policy #: 323 | Page: 11 of 11 |
| --- | --- | --- |
| Subject: Office of Professional Standards - Inmate Grievance Process | | |

   **2.**  The period in which inmates may appeal matters outlined in Roman Numeral IX (9), of this policy.

**C.**  <u>Fifteen (15) Business Days</u>:
   **1.**  The period in which medical has to respond to medical grievances; and

   **2.**  The period in which the Grievance Office has to respond to line grievances.

**D.**  <u>Twenty-Five (25) Business Days</u>:   The period in which the Director/designee has to respond to confidential grievances.

**E.**  <u>Thirty (30) Business Days</u>:
   **1.**  The period after the occurrence in which an inmate may file a grievance; (confidential, emergency, line, medical) and

   **2.**  The period in which Administrators/designees or the Division's Health Authority (Medical Administrator) shall respond to inmate appeals.

**F.**  <u>Six (6) Months</u>:  Inmates may only submit two (2) grievances during this period if they have submitted more than five (5) grievances within a thirty (30) day period.

**X.**  <u>Retaliation</u>
**A.**  Employees, who participated in the resolution of a grievance, will not suffer negative consequences from other employees/supervisors for participating in the solution of grievances.

**B.**  Inmates will not suffer negative consequences, such as denial or limitation of access to any privilege, service or program offered by the Division formally or informally, for good faith use or participation in the grievance procedure.

**C.**  Any employee who violates or permits the violation of this policy, or fails to report any violation of this policy by another employee, will be subject to disciplinary action, up to and including termination.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| CORDARLRIUS SLEDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 2:16-cv-02259 STA-egb |
| | ) | |
| SHELBY COUNTY, DAVID DYSON, | ) | |
| DANNY MCCLAIN, and DEMETRIUS | ) | |
| HALEY, | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT B**

---

## AFFIDAVIT OF TONYA BEASLEY

---

Tonya Beasley, being duly sworn, states as follows:

1. I am over eighteen (18) years of age and have personal knowledge of the facts contained herein.

2. I am employed by the Shelby County Division of Corrections ("DOC") and am the Supervisor of the Inmate Grievance Department.

3. The DOC has a policy in place to allow inmates to submit written complaints/grievances concerning, among other things, any action by staff that negatively affects the inmate. The policy is DOC Policy 323. The version of Policy 323 that was in effect at the time of Inmate Cordarlrius Sledge's alleged May 16, 2015 incident took effect on April 27, 2015.

4. The rules governing inmate grievances, as explained in Policy 323, are also included in the DOC inmate handbook.

5. Each inmate receives an inmate handbook upon arrival at DOC. The grievance process is available to every inmate, including Inmate Sledge, and was available to him at and around the time of the alleged May 16, 2015 incident.

6. Grievance forms are strategically placed around the prison in every housing area. Two boxes are maintained next to each other. One box holds grievance forms. The other is a submission box in which inmates can submit their completed grievance forms in triplicate. The submission box is locked so that forms may be inserted into it but may not be removed from it without a key. Only the DOC mail clerks have keys to the submission boxes. No other staff members have keys to the submission boxes.

7. There are four (4) basic types of grievances, as explained in Policy 323—line grievances, medical grievances, confidential grievances, and emergency grievances. The alleged incident for which inmate Sledge is bringing suit falls under the category of "confidential" grievance.

8. Policy 323, Section IX, E. states, in part, as follows:

   **Thirty (30) Business Days:**
   1. The period after the occurrence in which an inmate may file a grievance; (confidential, emergency, line, medical) . . . .

9. An inmate must sign and submit his grievance and may not submit grievances on behalf of other inmates. Inmates may assist other inmates

with the filing process, but the inmate who actually suffered the alleged harm must sign the grievance. Grievances filed in the form of petitions are not processed.

10. Inmates may not use disciplinary appeal forms to substitute for, or double as, grievance forms.

11. The Inmate Grievance Department maintains the original copies of all grievances submitted by inmates.

12. The Inmate Grievance Department maintains Inmate Cordarlrius Sledge's entire grievance file.

13. Inmate Sledge did not submit a grievance within thirty (30) business days of the incident he alleges took place on May 16, 2015.

14. On May 27, 2015, Inmate Sledge submitted an appeal of discipline against him stemming from the May 16, 2015 incident. This appeal did not comply with the grievance policy, did not constitute a grievance, and was instead an appeal of discipline.

15. Inmate Sledge then sent a letter dated "2-29-6[sic]" regarding the alleged May 16, 2015 incident, which the Inmate Grievance Department received on or about March 3, 2016. This letter was not timely and, thus, did not comply with the grievance policy.

16. Inmate Sledge sent a second letter regarding the alleged May 16, 2015 incident dated "3-7-2016", which the Inmate Grievance Department received

on or about March 7, 2016. This letter also was not timely and, thus, did not comply with the grievance policy.

17.   Several other inmates also sent a letter dated May 19, 2015 to DOC Director William Gupton, attorney Aurther Horne, the DOC's Office of Professional Standards, Fox 13 News, and Mayor Mark Luttrell, regarding the alleged May 16, 2015 incident. This letter did not comply with the grievance policy because Inmate Sledge did not sign the letter.

18.   I have reviewed the Inmate Grievance Department records and Inmate Sledge did not submit any grievance documents related to the alleged May 16, 2015 incident other than those described in paragraphs 14, 15, and 16. Neither those documents, nor the letter described in paragraph 17, complied with the DOC grievance policy.

19.   Accordingly, Inmate Sledge did not fully exhaust his available grievance remedies.

4

_____
TONYA BEASLEY

SWORN TO and SUBSCRIBED before me this 23ed____ day of October, 2017.

_____
Notary Public

My Commission Expires:



5

# Shelby County
# Division of Corrections

**EXHIBIT C**



# Inmate
# Manual

**Revised March 2012**

# Contents

| | |
|---|---|
| Director's Message | 3 |
| Rights & Responsibilities | 4 |
| Some terms you should understand | 4 |
| What to expect during your first few days | 5 |
| Division Rules & the Disciplinary Hearing Process | 5-6 |
| FAQs—Frequently Asked Questions | |
| How do I get a work assignment? | 6 |
| How do I get a furlough? | 6 |
| How do I get help with an alcohol or drug problem? | 6 |
| How do I get help with a personal problem? | 6 |
| How do I get protective custody? | 6 |
| How do I get medical or dental care? | 6 |
| How do I change my visitors list? | 7 |
| How do I get a quick answer to my questions? | 7 |
| How do I get my ID card replaced? | 7 |
| How do I check on my classification level? | 7 |
| How do I find out about my time or sentence? | 7 |
| How can I get my court record corrected? | 8 |
| What can I do to shorten my time here? | 8 |
| What happens when I come back from a court session? | 8 |
| What to expect while you are at the Diagnostic Center? | 8 |
| When will my classification be reviewed? | 8 |
| Food Services | 8 |
| Personal Hygiene, Laundry, & Dress Code | 9 |
| Inmate Identification Card | 9 |
| Sentencing Information | 9 |
| Inmate Accounting | 10 |
| Commissary | 11-12 |
| Money, Mail, & Packages | 13 |
| Inmate Property & Contraband | 14 |
| Inmate Grievance Procedure | 15 |
| Visitation | 16 |
| Searches | 17 |
| Housing Assignment | 17 |
| Telephones | 17 |
| Weekender Work Detail | 18 |
| Program Opportunities | 18 |
| Chaplain Services & Volunteer Programs | 18 |
| Women's Programs | 18 |
| Counseling Services | 19 |
| Drug & Alcohol Program | 19 |
| Education Programs | 19 |
| Turning Point Program | 19 |
| Law & Circulating Libraries | 19 |
| Mental Health Services | 19 |
| Recreation Activities | 20 |
| Sex Offenders | 20 |
| Vocational Programs | 20 |
| Work Assignments (Corrections Center) | 20 |
| Work Lines (Adult Offender Center) | 20 |
| Work Release Program | 20 |
| 3R / Re-Entry Program | 21 |
| Inmate Rules & Discipline | 22-24 |

2

## Director's Message

You are here for one or more reasons. While it certainly cannot be described as a pleasant experience, it hopefully will be a point where you stop to reflect on your life; the past, present, and future. Your stay here will be aided greatly by following a few simple rules:

1. Read and learn this handbook. Many of the questions you have about visitation, commissary, medical care, and other day to day matters of importance to you, can be found in this handbook.

2. Follow the orders of the Corrections Officers and Staff members. They are here to protect you as well as manage you. Obey their orders quickly, do not argue with them. If you feel a member of the staff is in error, you may file a written grievance at the appropriate time.

3. Do not become involved in arguments with other inmates. If you and another inmate disagree, or, if you are threatened, assaulted, or victimized in any way, notify a Corrections Officer or Staff Member at once. Let the Corrections Officer and Staff Member resolve the incident (do not attempt to take matters in your own hands).

4. Keep yourself and your area clean. It is your responsibility to keep yourself – clean-take a shower daily. It is your responsibility to keep your cell, dayroom, and pod area clean and sanitary—throw trash in trash cans, do not store food served at meal time, keep the floor clean, swept, and mopped.

5. No smoking. Smoking is prohibited in all areas of the Shelby County Division of Corrections; the possession of tobacco products of any kind by an inmate is prohibited.

6. Remember the Golden Rule. Treat Corrections Officers, Staff Members, and fellow inmates the same way you would want them to treat you!

During your stay I encourage you to participate in inmate programs and other services offered by the Shelby County Division of Corrections. This handbook cannot anticipate every situation which you may encounter. When established rules and procedures do not provide the answer, consult with the on duty staff, they will tell you what to do.

James E. Coleman
*Division Director*

3

## Rights and Responsibilities

- You have the right as a human being to be treated impartially, fairly, and with respect by all personnel.
- You have the responsibility to treat others, both employees and inmates, in a respectful manner.
- You have the right to be informed of the rules, procedures, and schedules concerning the operation of this institution.
- You have the responsibility to promptly adhere to all rules, procedures, and schedules of this institution.
- You have the right to freedom of religious affiliation and voluntary religious worship.
- You will receive nutritious meals, proper bedding and clothing, the opportunity to shower, regularly, proper ventilation for warmth and fresh air, a regular exercise period, toilet articles and medical treatment.
- You have the responsibility to maintain neat and clean living quarters and to maintain your personal hygiene.
- You will be allowed to correspond with family and friends as your security level dictates. It is your right to correspond and visit with family members and friends within the guidelines stated by the Visitation Policy. Any questions concerning this policy should be directed to the Visitation Department.
- You have the responsibility to conduct yourself properly during visits, not to accept or pass contraband and not to violate the laws and rules of this institution through your correspondence.
- You have the right to access the courts by written correspondence.

## Some Terms You Should Understand

You have been sentenced to the Shelby County Division of Corrections. The Division is made up of two sections: the Corrections Center (Main Compound) and the Adult Offender Center (AOC).

The Corrections Center is all of the area inside the fenced compound. It is where most of the male and female inmates are housed. Intake processing, medical isolation, disciplinary isolation, administrative segregation, protective custody, and other special programs and housing are in the Corrections Center. The Corrections Center houses classification levels four (4) through (8). Minimum classification levels with disciplinary or special conditions are also housed in the Corrections Center.

The Adult Offender Center is a group of special buildings outside the fence of the main compound that houses inmates who are classified as minimum level.

Inmates in the Work Release Program and inmates working on community work lines and other work assignments are housed here. AOC (formerly known as the Community Corrections Center) also offers a variety of programs and opportunities to work. Unless it is specifically stated, all rules in this manual apply to all inmates in the Division.

## What to Expect During Your First Few Days

Most of you arrived on the bus or van from the Shelby County Jail. Upon your arrival you were taken to the Intake/Processing Area. Your property was packaged at CJC by a SCDC Officer in your presence and a receipt was signed acknowledging the contents. This property will be mailed from SCDC to an address given by you. Inmates that walk-in or dropped off by an agency will be given a property receipt for property and it will be mailed. You were given clothes, blanket, sheets, towel, and care package. Someone from the Medical Department will ask you questions and conduct a medical screening on each inmate. A staff member will ask you questions to see if there are programs you need while you are here. A staff member will also give you a handbook and explain the rules to you. Your fingerprints will be taken and a picture identification card (ID) will be issued to you.

After you finish in the Intake area, you will be taken to the new arrival housing. In the next days, someone from medical will check the results of your TB Skin Test. You will remain housed in the new arrival housing unit until you are cleared by the medical department. You will be taken to Diagnostic and Classification for testing. When you finish in Diagnostic and Classification your name will be added to a movement list. You will then be moved to a permanent housing location.

Some people are taken directly to the Mental Health Unit or a special medical ward. If you get a write-up, you may be taken to lockdown. If you are under 18 years old or are court-ordered to the Work Release Program, you will not go to Diagnostics. Instead, a Diagnostics Counselor will come to you and ask you questions, which will help us house you properly.

If you didn't come in on the bus with all of the other new arrivals, you must still go through the same process. If you have not seen medical staff within the first two days of your arrival, notify the Correctional Officer on the wing.

There are several reasons why everyone who comes in does not go to housing at the same time. First, if the Medical Department needs to do further tests on you, this may make it later. This is for your safety. Secondly, there may be information that Diagnostics is checking on from the courts here or another state. If you were arrested in another state, tell the Classification Team as much as you remember about it. Finally, once you are cleared by Medical, your name will go on a list to be sent to Diagnostics. You may not go for several days.

4

## Division Rules and the Disciplinary Hearing Process

The Division expects you to learn the rules and follow them each day you are here. Doing this will allow you more privileges, to earn behavior credits that will shorten your time here (if you are a felon), and help you get into work assignments and programs. If you don't understand it now, you certainly will after you have been here awhile—it is in your best interest to obey the rules, get along with others and follow the orders of the staff.

This next section will explain what to expect if you fail to follow the Division rules and you receive a disciplinary write-up from an employee.

If you receive a disciplinary write-up, it is generally issued within 24 hours after the incident or discovery of the incident, unless you are not available for good cause or the incident is under investigation. Before you are given your copy, you will be asked to sign the write-up. If you refuse to sign the disciplinary write-up, the staff will note your refusal and give you a copy. You will be given 24 hours notice to prepare for your hearing.

If you attempt to alter your write-up during the notification process, you will receive a disciplinary action for the alternation.

At the time you are given your disciplinary write-up, staff will ask you for the names of anyone you want as a witness. If you do not give the names of any witnesses you want, the staff serving you the disciplinary write-up will note that you do not want any witnesses. You cannot add any witness names after you have been given a copy of the disciplinary write-up. When requesting a witness or witnesses, you should give the first and last name(s). Nicknames are not helpful and will not be used in locating a witness.

You cannot use an attorney to defend you when disciplinary action has been taken against you. You must defend yourself. If you do not understand the charges against you or the hearing process, Counsel Substitute will be given. To qualify for a Counsel Substitute, you must meet one or more of the following requirements:

- Cannot speak or understand the English language
- Housed in the Mental Health Program
- Cannot read or write

You have the right to refuse Counsel Substitute. If you choose to use the Counsel Substitute, you will be given help to understand:

- What you are charged with doing
- Who charged you
- What penalty you will be given if you are found guilty
- The appeal process to you
- How to complete the appeal request

When you have your hearing, the Disciplinary Hearing Official will advise you of your right to appeal. If found guilty you will be offered an Appeal Form. If you decide to appeal the verdict, the Division's Disciplinary Administrator must receive your appeal in writing within fifteen (15) days after your case has been heard. If you plead guilty, you may only appeal the severity of the sanction. Any appeal submitted after fifteen (15) days will not be processed. You will receive an appeal decision within thirty (30) days of receipt.

You should also carefully note the following information:

- There is zero tolerance for violence in the Division
- Fighting and assaults carry a 30-day isolation sanction
- Intentional sexual exposure carries a 30-day isolation sanction, plus loss sentence credits and criminal charges, along with registry as a sex offender. Violators will be required to wear special jumpsuits and other sanctions.
- Assaults also will result in more criminal charges brought against you
- If you help another inmate violate a rule, you will receive the same charge as the inmate who commits the violation
- If you get three (3) disciplinary convictions within 60 days, you will receive the sanction for the next higher class of violations
- You must pay for any County property you damage

5

Remember– disciplinary convictions for rule violations will result in any or all of the following:

- Up to 30 days isolation
- Up to 40 days loss of sentence credits
- Repay county for damage to county property
- Additional criminal charges
- Loss of commissary privilege
- Loss of phone privilege
- Loss of visitation
- Loss of recreation time
- Loss of TV privilege
- Loss of your job
- Loss of your program enrollment
- Denied parole
- Denied probation
- Keep you from going home on your early release date

Make sure you understand and follow all the Division rules. You will find them at the end of this manual. Be sure to ask your Counselor or Officer about any rule you do not understand. You are responsible for knowing all the Division rules.

## FAQ's—Frequently Asked Questions

### How do I get a work assignment?

See the Counselor in your building. Different job assignments require different security levels. Ask your Counselor to help you do a referral for a work assignment. If you have work skills or work experience, be sure to tell your Counselor. Work Supervisors are always looking for people who want to work, who follow directions and want to earn work credits. Felons can earn 36-41 work credits per month for participating in certain Programs and/or working.

### How do I get a furlough?

You must go through the courts to request a furlough (due to a death in your immediate family). If you are granted a furlough by the court, it still must be reviewed and approved by the Division administration. The Division does make recommendations to the courts for approval or disapproval of death-related furloughs. Family members of the inmate must request the furlough through the court—not the inmate.

### How do I get help with a drug or alcohol problem?

Talk with your building Counselor or Officer, and ask to be referred to Drug & Alcohol Services (H-Bldg). A Counselor from the Program will talk to you and determine if you meet the requirements to enter the program. There are several other different programs available that can offer help with your problems.

### How do I get with personal problems?

Ask your Counselor for time to talk about your personal problem or ask an Officer to give your name to a Counselor or a Chaplain. Personal problems are usually problems with your family, loved ones, and yourself. Your Counselor can also help you with the other kinds of problems you may have about doing time—with things like your case, figuring out about your time to serve, and your housing assignment. You can get help with any of these problems by going to see your Counselor.

### How do I get protective custody?

Tell any employee that you need protective custody. You will be interviewed and moved to a safe holding area. Later, you will meet the Protective Custody Board. They will decide if you can stay on protective custody or move to another area. Protective custody is not provided for inmates who just want to be alone.

### How do I get medical or dental care?

The Division has medical staff on duty 24-hours a day, seven days a week. Emergency medical treatment is handled immediately as needed. In the more common cases where there is not an emergence, you can be seen for medical or dental services by filling out a Health Services Request Form. These forms can be found in all living areas. Turn your completed form in by putting it in the red medical box in the dining area.

6

Eyeglasses can be purchased at a cost of approximately $20.00 per pair. See your Counselor or ask an Officer if you have any questions. If you are indigent the Medical Department will purchase eyeglasses for you, however if money is later deposited to your account you will be charged for the eyeglasses.

### How do I change my visitors list?

After six (6) months you should ask a Counselor or Officer to send an email to the Visitation Department to add or delete names on your visitors list. Remember—you must wait six (6) months from the date you arrived before you can make any changes to your visitor s list.  Once you remove a person, that person can not be added back for six (6) months and will need to re-apply for visitation privileges—no exceptions.

### How do I get a quick answer to my questions?

Think about it. There are many inmates and very few Counselors. If you have an emergency problem—a Counselor or Officer will help you immediately. If it is not an emergency (and most requests for information are not), then you must sign up to see your Counselor and learn to be patient.  The Counseling staff must divide their time among a lot of jobs and they will help you as quickly as possible. If you are courteous and patient, it helps them do a quicker and more pleasant job.

DO NOT mail questions and concerns to the Mayor, the Division Director, the Deputy Director or the Chief of Security. This will only slow things down. They do not know your case so they will turn your questions back over to your Counselor for an answer. Save your time—talk with your Counselor first.

### How do I get my ID card replaced?

Your ID card is very important while you are here. You must have it with you at all times. If you lose or damage it, see your Counselor or Officer about getting a replacement card. You will be charged $5.00 for a new ID card. You must have an ID card to have visitation, to have commissary, and many other activities (see section on Inmate ID cards). You must present your ID card when requested by staff. You must always have your ID card with you whenever you are outside of your housing area.

### How do I check on my classification level?

It is actually very easy—just talk to a Counselor assigned to your building. When you complete intake processing, you will have a classification level (Minimum 1, 2, or 3; Medium 4, 5, or 6; Close Custody or Max 8) assigned by a Classification Team. Next, a classification supervisor on the Team will check your level to make sure it is accurate. As you serve your time, your classification level will be reviewed automatically by the Classification Team. The Classification Team is very good at reviewing level that is incorrect; go ask your Counselor to check on it for you. This is the quickest way to check on your classification level because your Counselor can simply call our staff and get an answer.  It will take longer to get a response but you can write a letter of concern about your classification level and the Classification Team will review your record and mail you an answer.

### How can I find out about my time or sentence?

Again, the quickest and best way is for you to see your Counselor. Your Counselor will either check for you or have you fill out a form and have someone in Inmate Records check for you. In either case, please be patient– it sometimes takes a little time to get an answer to get an answer for you. Inmate Records will send their reply back to your Counselor. DO NOT send handwritten letters to Inmate Records or other staff to ask about your time. Your must go through your Counselor for this information.  DO NOT make three-way calls to Inmate Records or other departments—they will not be accepted by their staff, and can result in loss of phone privileges.

### How can I get my court record corrected - it has wrong information about me?

This is something you must get help with from your attorney. All staff must use the court orders that the Division receives on you until these documents are changed or corrected by the court. You should know that staff at the Division cannot change any court order for any reason. If you believe your court orders are wrong, talk with your attorney to get them changed. The same answer applies to your jail credits. If you feel that your jail credits from downtown are in error, have your attorney check on it.

### What can I do to shorten my time here?

The time you serve was set by the Court when you were sentenced. Your length of sentence can be shortened or lengthened by your behavior. To shorten the time you serve, you must follow the rules, cooperate with staff and treat everyone with respect.  If you participate in one of the programs or have an inmate work assignment, you will earn work credits. Work credits take days off

your sentence. Remember, you have to do more than just stay out of trouble if you want to shorten your stay here. Of course, if you violate the rules and get isolation or loss of sentence credits, you will end up staying here longer. Also, while you are a maximum-security level you will not be earning credits that shorten your time. You must earn your way down to a lower security level so that you can earn work and program credits if you want to cut your time here. You have to act appropriately and do something to better yourself—work or get in a program that will help you.

### What happens when I come back to the Division from a court session?

If you are from AOC you will be temporarily housed in the court-returnee dorm while the Classification Team reviews your case. If you were housed at the Corrections Center you will be returned to your housing area.

In both cases the Classification Team will check to see if you picked up new charges, had old charges dismissed or if you got more time for a new sentence. Your disciplinary record is also reviewed. Finally, your classification level is also carefully reviewed and raised higher, lowered, or kept the same as it was before you went to court. Depending on which of these happens, you may continue to be housed in your original area or you may be assigned to a new housing area. The Classification Team will decide your classification level and the Movement Office will decide where you are housed.

### What to expect while you are at the Diagnostics and Classification Center?

You will stay in one of the new arrival dorms until you meet with the Classification Team and get your intake-classification level. The Diagnostics and Classification Center must wait to get a medical clearance on you form the Medical Department. Once your medical test results re completed, your name will be placed on a list to come over to the Diagnostics and Classification Center to meet with the Classification Team. This may take several days, depending on how may new arrivals are waiting to be seen. Once you get to the Diagnostics and Classification Center, you will be moved out of the new arrival dorm and given a housing assignment after you have finished meeting with the Classification Team.

### When will my classification level be reviewed?

After your intake classification has been completed and you start serving your sentence, the Classification Team will review your classification level according to a set schedule. If you are a Medium 4, 5, or 6 at entry, you will be reviewed after you serve four months. If you are a Close Custody at entry, you will be reviewed after you serve three months. If you are a Max Level inmate at entry, you will be reviewed after you serve one month. If you are a Max Level due to an active escape conviction, you will be reviewed after you serve six months. If you are a Max Level inmate with a capital charge, you will not be reviewed until the charges are disposed.

Several things, including the following determine your classification level:

- Past felony criminal convictions
- Past disciplinary record here
- Past escape convictions within the past 15 years
- If you are on parole or probation
- If you have active criminal charges
- Your current sentence
- Your current length of sentence

Your classification level may be reviewed several times while you are serving time here. It will be reviewed if you get a write-up, or if another agency puts a hold on you. The Classification Team will also review your classification level to see if it can be lowered. Your classification level will NOT drop if you have disciplinary convictions. The higher your classification level—the fewer privileges you are allowed. It is certainly in your best interest to abide by the rules and avoid write-ups so that your classification level can drop.

## Food Services

The Division provides you with a healthy, nutritious diet. Food Services plan a six (6) week menu, prepare the meals and supervise the inmates working in the kitchens. Special diets are prepared as needed for medical or religious reasons.

The rules for the dining room are as follows:

- Do not break into line at any time
- Keep talking to a minimum
- Do not talk to inmates working in the kitchen
- Nothing is to be taken out of the dining room
- Do not pass any objects to any other inmates in the dining room
- Each inmate gets only one tray, one beverage or one glass of water
- Do not go back to the line unless you ask a Counselor or Officer
- You will be given about 15 minutes to eat

Meals start at the following times: (Subject to change)

| | |
|---|---|
| Breakfast: | 4:00 am |
| Lunch: | 10:30 am |
| Dinner: | 2:30 pm |

There are a limited number of inmate jobs available in the kitchen. If you want a kitchen job, ask your Counselor to refer your name to the Food Services Staff.

## Personal Hygiene, Laundry, and Dress Code

You must practice good personal hygiene. This includes taking a daily shower and changing your clothes every time your building has laundry services. All personal clothing and County-issued uniforms are to be washed as scheduled for your housing area. You are not allowed to wash clothing in your housing area. If you do not maintain good personal hygiene, you may be written up. All new arrivals will be given a new arrival package that will have the hygiene items you will need. Thereafter, inmates who are not indigent must purchases their own hygiene items as needed through the commissary. Indigent inmates can order care packages through commissary.

- Shirt must be buttoned (optional for top 2 buttons) and tucked into your pants
- Your pants must always be pulled up to your waistline
- If your pants have belt loops, you must wear a belt
- Shoes must be laced or fastened. The backs of shoes cannot be bent over and walked on
- No hair rollers, wave caps, or other items can be worn on your head outside of your housing area
- County-issued caps may be worn only when you are outside of the buildings.
- Shoes must always be worn when you are outside your dorm or cellblock
- Shower shoes are allowed only in housing areas
- Beds must be made by 8:00 am each morning and kept made until after working hours

## Inmate Identification Card

Each inmate at the Division is issued an Identification Card (ID). Your ID card will include your photograph, your name, your RNI #, and date of birth. The ID number on your Inmate Identification Card is your RNI#. Your RNI# is required for the following:

- Commissary
- Inmate accounts
- Pill cal
- Program participation
- Receiving mail
- Special diets
- Telephone use
- Visitation
- Work assignment

You are always required to show your ID card when receiving commissary, special diets, at pill pass or seeing visitors.

If you destroy or lose your Inmate ID card, you will be required to pay for its replacement. Loss or destruction of your Inmate ID card may also result in a disciplinary infraction and loss of privileges.

9

Felons will also be assigned a State number in addition to their RNI#. The State number is used for calculating sentencing information in the State system, posting monthly sentence credits, and parole and probation eligibility.

## Sentencing Information

The Shelby County Division of Corrections is ONLY responsible for calculating misdemeanor sentences. All misdemeanor sentences, except mandatory DUI, contempt of court and reduced sentences are calculated at 50% of the sentence. You will serve more than 50% of your sentence if you have disciplinary convictions.

The Tennessee Department of Corrections Center Office in Nashville calculates ALL felony sentences. It generally takes 6-8 weeks from your arrival date before TDOC will send this information to us. The Shelby County Division of Corrections is only responsible for entering monthly sentence credits. If you have questions concerning your sentence, you should discuss them with your assigned Counselor.

## Inmate Accounting

Each inmate is given an inmate account. This account allows you to make purchases from the Commissary, pay various fees, fines and garnishments. Inmates assigned to AOC, Work Release, and some programs also use this account for their debit cards. No inmate in the Division is authorized to be in possession of any cash money. Deposits to your account may only be made to your account through the mail. Inmate Accounting will accept mailed in money orders, cashiers or certified checks, other Corrections facilities Inmate Trust Fund checks and Federal Government checks. A receipt will be sent to you. In the event that the mail is lost, cash cannot be traced. Deposits to your account should be made payable to you and mailed to:

Your Name and RNI #
c/o Division of Corrections
1045 Mullins Station Road
Memphis, TN 38134

Please request your family and friends to be sure to put their full name and complete return address on all correspondence mailed to you. Failure to do so will necessitate us having to return the mail to the sender: which may take up to eight (8) weeks for the sender to get the mail back from the United States Postal Service. All mail that does not have the sender's address is sent to the "Dead Letter File" located in Atlanta, GA. by the Bartlett Post Office. Therefore, it is extremely important for you to request your family to put the pertinent information on all correspondence mailed to you.

Personal checks will not be accepted under any circumstances, and will be returned to the sender. Account balances are considered confidential information and will be released to you only, your Counselor, to an authorized official of the Division of Corrections, and the Courts. You may also utilize the kiosks that are located in your housing area to verify your account balance.

Payment will be made from your account to pay for the following:

- Authorized charges for commissary orders
- Medical co-pay (Dr., Dentist, Nurse, or prescription charges)
- Postage charged to mail out your property
- Garnishments
- Fines and other fees as assessed
- Filing fees on lawsuits, in compliance with the Prison Litigation Reform Act
- Lost ID card fee ($5.00)
- Destruction of County property whether by negligence and/or intentional acts
- Books (MRT, Anger Management, Domestic Violence, & Parenting)
- Returned check or money order
- Work release & Re-Entry fees including transportation and lodging ($12.00 per day for room & board) and ($8.00 per day for transportation)
- $2.00 per month for Victims Assistance Center assessment

You can send money out from your account by using a Send Home Money Request form. This form must be completed and signed by you and be authorized by a Shift Commander, your Program Director, or your building Counselor or Sergeant. No check will be issued from one inmate's account to another, to an inmate of another Corrections institution, or to an employee of the Division of Corrections. Requests to send money out form your account are processed each workday. Checks are mailed the following workday if you have enough money in your account.

All program inmates are eligible to request a **Debitech card.** Participants in the Work Release and Re-Entry Programs are

10

authorized to request a maximum of $30.00 and inmates in the other programs are permitted to request a maximum of $15.00 per week., the initial cost of the Debitech card from Hall's Vending Company is $5.00 you will receive a credit of $3.00, which will be added to the amount loaded on the card. Therefore, you must have a minimum of $10.00 on your account in order to receive your first Debitech card. You must request increments of $5.00 each week thereafter to be put on the card. If you are removed from the program for some reason; then you must give your Debitech card to your Counselor or Shift Commander to send to the Inmate Accounting Supervisor for handling. You will receive credit for the last transaction that was loaded on your card, provided you did not spend it. Discharged inmates must also give their Debitech cards to their Counselor or Shift Commander to be sent to the Inmate Accounting Supervisor for handling.

Upon discharge, your available funds will be given to you in the form of a check for account balances of $5.00 or more. The checks will be distributed by the Shift Commander on duty Monday through Friday. You will be asked to sign a receipt when you receive your discharge check. (You will be given a paper copy of your identification card upon discharge.) The paper copy will provide your name, RN#, and discharge date. This will assist you cashing your discharge check at Regions Bank. Weekend and holiday discharges will have to return to Inmate Accounting during the week (9:00 am to 3:00 pm) to pick up their check in person. You must have some form of identification with you to pick up the check for your fund balance. If you are unable to pick up your available funds: then you must send a letter to the Inmate Accounting Supervisor stating the reason that you cannot pick up your check. You must include your name, RN#; remit to address and a copy of your Driver's License or some type of identification. The check will be processed and mailed out the following business day.

Work Release inmate's payroll checks from employers will be held "subject to collection" for five (5) days before you can send out any money from this check. This does not apply to your Commissary or your Debit Card. If you are removed from the Work Release Program and you owe room and board or transportation fees, you will have to pay those amounts owed before any commissary or send home funds will be allowed. Upon discharge, Work Release and Re-Entry Programs inmates must call Inmate Accounting through the Division of Corrections main telephone number: (901) 377-4679 or (901) 377-4670, the following week to verify and arrange final close-out of their account. This delay is required to allow for the receipt of their last paycheck, and to determine Work Release charges for their last week in the program.

## Commissary

Commissary orders and order pick up are once per week. All residents are allowed to order everything from the commissary menu posted in their housing location, except those inmates who are in isolation for disciplinary reasons. All inmates who are housed in isolation areas are only permitted to order and receive personal hygiene items and writing materials. All inmates in the Shelby County Division of Corrections, except, inmates who are housed in J-Building are able to place their orders from one of the kiosks that are installed in their buildings.

You must follow the following instructions whenever placing an order on one of the kiosks located in your building:

1. Choose the appropriate language
2. Key in your inmate number
3. Key in your four (4) digit PIN number
4. Touch the COMMISSARY button
5. Touch NEW ORDER to make a new commissary order. Touch PAST ORDERS to review past commissary orders
6. Key in the PLU from the menu
7. Key in the quality and press OK
8. Repeat steps 6 & 7 until all items are ordered
9. Touch DONE when complete
10. Your Order has been charged

Your PIN # is the last four (4) digits of your Social Security number that you provided at the time of your arrest; that is the number that has been input in IMS. If you get an "INVALID PIN" reading, please be sure to let your Counselor or Shift Commander know that you are experiencing a problem with the kiosk. The Counselor or Shift Commander should refer to the IMS screen to give you the correct Social Security number. If that still does not work, the Counselor should send an email to the Inmate Accounting Supervisor and request the PIN# to be reset. Please do not input 1111 as your PIN # if you cannot remember your PIN # unless you have been requested to do so.

You should follow the following instructions whenever viewing past orders:

1. Touch PAST ORDERS to review past commissary orders
2. Touch the date you want to view
3. Touch NEXT to view additional order dates & PREVIOUS to return to the last screen
4. Touch CANCEL when done reviewing past orders

Commissary scan sheets are distributed to the inmates who are housed in J-Building on the day prior to the weekly order day. All

monies must be received and posted to your account prior to the commissary day to ensure that your order will be processed for the week. Be sure that your name and RNI# are legible on the order form or your order will not be filled. You must clearly mark your selections with a pencil. No ball point pens are permitted because the scanner cannot read the entries. Orders are filled and delivered by the Commissary Contract Staff (Memphis Commissary Services). When your order is delivered, you must present your inmate ID card to claim it. No inmate can order or receive commissary for another inmate under any circumstances. Your Inmate Trust Fund account will be charged as purchases are made through the Commissary. It is your responsibility to make sure that your have enough money in your account for each commissary order. The processed order will be delivered to you on the following day at a certain designated location. All inmates who are housed in J-Building and the isolation dorms in W-Building will have their commissary delivered to them in their housing dorms.

You may purchase snacks, writing materials, cards, personal hygiene items, radio, batteries, reading glasses and selected articles of clothing, footwear, etc., from the Commissary. You must present your inmate ID at the time of delivery in order to receive your order. Any inmate not having a legible identification card will not receive their commissary. If your ID card is worn out, then it is your responsibility to request a replacement ID card. You will be required to verify that everything is enclosed in that bag that you have been charged for prior to leaving the area. You must sign the receipt verifying that you received the commissary order. You will not be credited for anything other than what is written on the receipt by the Commissary Contractor.

Residents who have $5.00 or less on their accounts for at least thirty (30) days are considered indigent and are eligible to order an indigent package from the commissary. The indigent package consists of soap, toothbrush, toothpaste, deodorant, comb, razor, 2 stamped envelopes, writing paper and a pencil.

You may order a care package weekly as long as you qualify. The Product Look Up # (PLU#) for an indigent package is 9999 for males and 9998 for females. You must use that number whenever ordering an indigent package whether by kiosk or commissary scan sheet.

### Commissary Delivery Days by Buildings

| | |
|---|---|
| Tuesday | Building B, C, D, E, and N |
| Wednesday | Building AOC, P, Q-C, and Q-D |
| Thursday | Buildings G, H, I, J, Q-A, and Q-B |
| Friday | Building Main and Women |

### Indigent Packages from the Central Warehouse

Inmates who have less than $5.00 on their account for at least thirty (30) days are eligible to receive underclothes from the Division of Corrections Central Warehouse. After receiving the initial package, you cannot receive another indigent package for six (6) months. The Counselors and Shift Commanders have been requested to input the information into the Inmate Management System (IMS) for tracking purposes. Therefore, if you move to a different housing area, you will not be able to receive another indigent package prior to the timeframe allotted. We want all inmates who are truly indigent to receive the underclothes and other items that are provided; however, we do not want the ones who are attempting to circumvent the system to be provided with the same. The items that are included in the underclothes indigent package are as follows:

1. Four (4) briefs (males)
2. Four (4) t-shirts (males)
3. Four (4) pair socks
4. Four (4) sport bras (females)
5. Four (4) panties (females)
6. 1 towel

Please request your Counselor or Shift Commander send an email to the Inmate Accounting Supervisor requesting an indigent package for you. Once the Inmate Accounting Supervisor verifies that you are indigent; then she will send an email to your Counselor or Shift Commander verifying that you are indigent. She will send a carbon copy of the email to the Warehouse Foreman, as well as, a current printout of your account. Your Counselor must also complete a requisition form with your name, RNI#, housing location and size. The indigent package must be picked up within five (5) calendar days or it will be returned to stock.

12

## New Arrival Indigent Package

You will be given authorization to receive a "New Arrival" indigent package provided you have been at the Division of Corrections for fourteen (14) days or less and have $5.00 or less in your inmate trust fund account. The "New Arrival" indigent package consists of 1/2 of the amount given in a regular indigent package. You will be eligible to receive the remaining portion of the indigent package after you have been incarcerate for at least thirty (30) days and your account balance does not exceed $5.00.

## Money—Mail and Packages

All inmate funds are deposited in your inmate account. This account is operated like a restricted personal checking account for personal needs and to pay various charges.  See the Inmate Accounting section for greater details.

**Incoming Mail**—Your family may subscribe to up to four magazines and newspapers, sent directly from the publisher. You may also receive up to four paperback books per month directly from a reputable retail bookstore. Postage on all incoming mail must be prepaid in full. The name and complete return address of the sender must appear in the upper left hand corner of each envelope or book box. No other packages will be accepted and any envelope larger than 9x12 inches will be treated as a package. All packages and business mail except book packages will be returned to the sender unopened.

Mail will be distributed daily, except for weekends and holidays.  Legal or registered mail will be delivered to you unopened. A Mail Room Staff Person will then open the mail in your presence, check it for contraband and leave the letter with you. Mailroom staff will also open all other mail and inspect it for contraband.

### Items not permitted via mail

- Stamps
- Envelopes
- Blank sheets of paper
- Material from the internet
- Polaroid photos
- Photos with persons not dressed or dressed inappropriately/explicit photos
- Photos with person giving gang signs
- Photos with weapons, etc
- Envelopes larger than 9"x12"
- Mail sent from a business
- Mail from other inmates, unless the mail has been authorized previously by the Chief of Security
- Personal checks
- Cash sent through the mail. If cash is sent through the mail, and the person does not attempt to conceal the money, the cash is posted to the said inmate's account. A letter is sent to the person advising them not to send cash via the mail in the future.
- Mail not properly addressed. The envelope must have the full name and address of the sender, as well as, the inmate's full name and R&I #.
- Hardback books
- Books, magazines, and/or newspapers sent from an individual. Books may be purchased from a bookstore or publisher and must be sent from them.
- Book marks, calendars, credit cards, identification cards, etc.
- Beads or items that can be worn
- Prayer rugs
- Catalogues mailed from a business, organization or individual
- Money orders that have been altered with white-out or scratched through the name and/or amount

### Your address is as follows:

Name and RNI#
Division Assignment (Corrections Center or Adult Offender Center)
Building Location, Block or Dormitory Number
1045 Mullins Station Road
Memphis, TN 38134

**Outgoing mail**— Your return address must be placed on each piece of outgoing mail. You are not limited in the number of outgoing letters you may mail each weekday. Mailboxes are emptied each workday and the outgoing mail is processed the same day.  Stamps and stationery are available only through the Commissary. Stamps can not be sent to you through the

mail.

**Restricted materials or mail includes the following:**

- Material containing instructions for the manufacture of explosives, drugs or other unlawful substances
- Material advocating violence
- Material that may cause violence or other serious threats to the security of the Division
- Material advocating racial, religious, or national hatred
- Material encouraging sexual behavior or pornography
- Material that is in violation of Division rules or is detrimental to rehabilitation

## Inmate Property and Contraband

Inmates are allowed to have property issued by the County and items that they purchase from the Commissary. Inmates may also have the following specific items:

### Allowable Inmate Property

- 5-Plain white t-shirts
- 5-Pair of plain white socks
- 2-Tubes of tooth paste
- 3-Rolls of tissue
- 1-Bottle of shampoo
- 1-Bottle of conditioner
- 1-Jar of hair oil
- 2-Ink pens
- 1-Notepad
- 5-Pair of plain white underwear
- 3-Pair of thermal underwear
- 2-Antiperspirant deodorants
- 2-Face towel
- 1-Hair comb
- 1-Shower cap
- 1-Toothbrush
- 1-Pair of shower shoes
- 1-Commissary tooth brush holder
- 1-Commissary purchased soap dish
- 10-Colored pencils
- 8-Commissary decongestants
- 1-Box of powder
- 10-Occasion cards
- 3-Bras (female only)
- 1-Jar of skin cream
- 1-Deck of cards / 1 set of domino
- 1-Commissary purchased lock (not allowed in J-Building deadlock)
- 1-Commissary purchased sweat suit
- 1-Commissary purchased cup
- 1-Commissary purchased bowl w/lid
- 2-Commissary purchased sporks
- 4-Magazines or books (not older than 30 days)
- 1-Pair of gym shoes
- 3-Bars of soap
- 2-Disposable razors
- 1-Bath towel
- 1-Laundry bag
- 1-Hair brush
- 1-Radio with ear buds
- 1-Pair of work boots (only if you work)
- 10-Photographs (no larger than 3x5 / no Polaroid photos)
- 10-Envelopes
- 2-Pencils
- 1-Package of q-tips (54 count)
- 8-Commissary purchased aspirin
- 1-Bottle lotion
- 4-Batteries
- 1-Hair relaxer
- Civilian underwear—the undershirt must be white and without any logos

14

- One Walkman-type radio with ear plugs—no metal in headset
- A wig, weave, or attached hair piece worn by males will not be allowed and is considered contraband
- Wristwatches are not allowed and are considered contraband
- Bra without metal parts (females only)
- Medical aids if approved by the medial staff (Crutches, braces, orthopedic shoes, etc.)
- Only female inmates are allowed to purchase makeup and other female items. These items are contraband for male inmates
- All pop-out gold teeth are considered contraband and must be confiscated upon arrival. All body piercings are contraband and must be removed upon arrival.
- A wig or hair piece if weaved or glued to the head—a wig or hair piece removed from the head is considered contraband (female only)

All jewelry must be mailed home after your arrival. You must complete and sign a Property Mail Out Form when you mail your property home.

When purchasing commissary, you may purchase only the allotted amount. Do not exceed the amount allowable in your possession at one time. Inmates with items in excess of the allowable amount currently in their possession will be given time to make arrangements to send out excessive property. All food items purchased must be able to fit into issued plastic storage locker along with approved property. Arrangements will be made for family members to pick up excessive property. (See Building Unit Manager for details)

## ITEMS THAT ARE NOT ON THE PRPOPERTY LIST OR THAT HAVE BEEN RESTRICTED IN THIS HANDBOOK IS CONTRABAND!!

## Inmate Grievance Procedure

Inmate grievances are written inmate complaints about the facility policies, procedures, conditions, or actions in the Division. The grievance procedure is designed to ensure that you have the opportunity to express concern and/or resolve problems. You must first try to resolve the grievance with your wing officer and/or counselor. Any inmate who wishes to file a grievance may do so by submitting an inmate grievance form. The Inmate grievance forms are located in your housing unit. (No letters will be processed). When you send a letter to the Inmate Grievance Department or Administration, it will be returned with a grievance form attached for you to resubmit. After completing the grievance form, place it in the grievance box located in your housing area. It will be retrieved by staff from the Inmate Grievance Department

## Inmate may not file grievance regarding the following:

1. Issues subject to pending court action or involving the same issues and inmates.
2. Challenges regarding matters beyond the control of the facility, including parole, probation or transfer decisions.
3. Final formal disciplinary decision or classification decisions, including housing assignments.
4. Complaints not personal to the inmate bringing the grievance or action not yet taken.
5. The filing of repetitive grievances addressing the same issue when sufficient time for response has not expired or the subject of the grievance has already been previously addressed in other grievances by the same inmate.
6. The appeal of a grievance, which is documented as settled to the inmate's satisfaction at a lower level.
7. The intentional filing of two or more emergency grievances found not to be an emergency situation.
8. The filing of a grievance containing profane language, threatening physical harm to an individual, threatening escape, threatening damage to the Shelby County Division of Corrections or directly sexually explicit language toward any individual.
9. The filing of a line grievance more than 30 days after the event in question.
10. Only one concern or complaint per grievance. Multiple concerns or grievances on one form will cause the grievance to be non-greivable.

You must complete (print only) all of the designated spaces on the form requesting information from you. The following is the information that must be completed by you on your grievance:

1. Your full name
2. Your R&I number
3. Your assigned housing
4. Grievance # (located in the upper right hand corner of the grievance form)
5. Date of occurrence of the incident that you are complaining about
6. You must check if the grievance is a line grievance, medical, confidential, or emergency. (definitions of the grievance type is listed on the form)
7. Briefly state the facts of your concern or problem: (who, what, where, when, how)
8. Action that you are requesting to resolve the problem

9. Your signature and the date that you submitted the grievance
10. DO NOT WRITE BELOW THE LINE THAT READS "OFFICIAL USE BELOW THIS LINE"

## VISITATION

Visitation is a privilege. It is conducted at regularly scheduled times each week. You are allowed a total of ten (10) names on your visitation list. The first name on your list should be the person to notify in case of an emergency.

You will not be able to visit until you have passed medical clearance, have been classified, and your visitors have been approved. Normally this takes thirty (30) days. You will visit on a schedule based on your housing location with the exception of AOC and N-Buildings, which goes by the first alphabet of your last name on a schedule time. The visitation schedule will be posted in your housing area so that you can notify your relatives and friends of the visiting day.

To receive a visitation application the people you want on your visitation list must send a self-addressed stamped envelope to:

Visitation Department
1045 Mullins Station Road
Memphis, TN 38134

Or visit F-Building between the hours of 8:00 am—6:00 pm Monday through Friday.

You are allowed a total of four adult visitors and three children during your visitation period. Children 11 years of age or younger do not need to be included on your visitation list. All children 12 or over parents are required to complete an application. The parents must be on the inmate's visitation list before any children can visit and the children parent or legal guardian must accompany them. A parental consent/release form must be filled out by the parent or guardian and must be notarized before anyone else can bring out their minor child. Children may visit any visitation day if accompanied by a parent or legal guardian who is on your list of approved visitors.

You can complete and submit an application from the website www.shelbycountytn.gov

A former inmate who served less than one (1) year misdemeanor time must send a letter to the Deputy Administrator of Security and request to visit an inmate incarcerated here. The former inmate's RNI # and release date from the Division is also required in the letter. If the former inmate has served time at the Division for any felony charge, they can not visit for five (5) years after being released.

If the former inmate served one year or more at the Division, he/she must have been released for at least twenty-four (24) months before they can write to the Deputy Administrator of Security and request to visit an inmate incarcerated here (see above requirements for letter).

Visitors are required to show one (1) form of identification prior to visiting (e.g. driver's license, passport, military ID). Visitors and required to follow all rules. Visitation rules are posted in K-Building, F-Building, and the Visitation Lobby at the Adult Offender Center.

Visitors who live more than 100 miles from the Division and who can not visit you during scheduled visitation hours may make special arrangements with the Visitation Office. These visits require 72 hour advance notice. Visits last a maximum of thirty (30) minutes and can only be once a month.

### Some basic visitation guidelines are as follows:

- If you do not have an inmate ID, if you are not properly groomed or if you are wearing unauthorized clothing, you will be refused visitation privileges.
- Any visitor appearing to be under the influence of drugs or alcohol will not be allowed to visit and will have to leave the grounds.
- Visitors with small children must keep the children with them at all times and under proper supervision. Failure to do this may result in your visitor being asked to leave.
- Appropriate clothing and appearance is required of all visitors. Visitors wearing inappropriate or revealing clothes will not be allowed to visit.
- Loud talking, disturbances, and misbehavior by you or your visitors will not be tolerated.
- While visiting, holding hands, embracing, fondling, or sitting in another person's lap is not permitted. When greeting or saying good-bye to a visitor: an appropriate embrace, handshake, or kiss is permitted.
- If you have an incarcerated immediate relative (husband, wife, mother, father, sister, brother, son, daughter), special inmate visitation must be made through an Officer or Counselor in order to visit. If the Visitation Department can not

16

verify the relationship, you **MUST** provide proof. You cannot use special inmate visitation to visit boyfriends, girlfriends, neighbors, friends, etc.—it must be an immediate relative.

- Special provisions for visiting will be made for those inmates who have job assignments that require them to work on Saturdays and Sundays.
- It is the responsibility of each inmate to notify visitors of the visitation procedure. If there are any questions, the visitors can call (901) 222-8878 or (901) 222-8879.
- If an inmate is caught with contraband in the inmate's housing location visitation privileges will be suspended for six (6) months from the date of the incident.
- If an inmate is found with contraband or interferes with staff duties during visitation the suspension is for one (1) year from the date of the incident.

## Searches

You are required to submit to a search of your person, quarters, property, or any area where you work at any time. You are responsible for any contraband found on your person, in your clothing, in your assigned bunk area, or in your locker or cabinet. Mailroom personnel will search all incoming mail and property before you receive it. If contraband is found in the property, the person bringing or mailing the contraband to you will be charged with a felony. If a search dog indicates the presence of a contraband substance on your person or property, an immediate search will follow. You do not have to be present when your quarters and/or property are searched. Gang materials (e.g. letters, clothing, pictures, etc.) will be confiscated and a disciplinary infraction will follow.

## Housing Assignment

An inmate worker is assigned to clean each living area, but it is your responsibility to keep your personal area clean. Bunks in the living areas are assigned and you are not to change your bed or bunk assignment, unless directed to do so by staff. No obstruction may be hung in such a manner as to block the view of a cell, dorm, or cellblock and the occupants.

No curtains or newspapers over cell doors are allowed. Each occupant in a dorm is allowed one storage space. No other personal furniture is allowed. You are advised to put all valuable articles in your locker and keep it locked. Anything that will not fit in the locker or excess property must be sent home. No marks of any kind are to be put on County property, including clothing, walls, ceilings, and bunks.

### Some basic housing rules are as follows:

- Lights, locks, air conditioning units or any equipment must not be tampered with under any circumstances. Disciplinary action will be taken if you tamper with any of the equipment.
- Be on your assigned bunk at count time and have your inmate ID card out and ready for the Officer or Counselor.
- Do not leave your bed after lights out except to go to the restroom.
- Only authorized Commissary food is allowed in the cellblocks and dorms
- No property is to be taken out of the cellblock without permission
- There is to be no talking or unnecessary noise during count and after lights out
- No radios will be authorized unless the equipment has earphones or earplugs
- There will be no nude lounging
- Nothing is to be stored under your mattress
- You are not permitted to visit at the door, stand in the door, or stand in the dorm windows
- You are not allowed to yell to people through the dorm windows
- You are not allowed to beat on dorm doors, windows, or bars.
- You are not allowed to sexually expose yourself to passersby. This will result in additional charges
- Officers in the Movement Office are the only staff who can make changes in your cell, dorm or bed assignment.

Rules for the housing units may vary as their security or program needs dictate. Be sure to make yourself aware of the rules once you receive your housing assignment.

## Telephone

Telephones are available in all housing units for your personal use. Attempting to defraud the Telephone Company or the use of vulgarity is not only a violation of the Division rules; it is also a misdemeanor under Tennessee State Law. Violators will be prosecuted. Only collect calls are permitted. Three-way phone calls are not allowed. Family and friends must establish an Advance Pay account through Global Tel Link (GTL) automated phone system with either $25 or $50 via credit card, debit card, Western Union payment, or by mailing a check or money order. GTL can be reached by calling 1-866-230-7761. You will not be able to make any phone calls to a cell phone unless your family or friends contact GTL Advance Pay account. Your RNI# will be used to make all calls. Remember, inmate telephone calls may be monitored. The following rules must be followed when utilizing the telephones:

17

- No three party calls
- Do not use another inmate's RNI #
- Do not try to stop another inmate from using the telephone by verbal threats or physical intimidation

## Work Details for Weekenders

Weekenders, while incarcerated in the Main Building, will be assigned work details. Medical assessments will be completed on inmates who are handicapped or who have written medical excuse from an authorized physician. You are accountable to the work Counselor or Officer and are to follow the orders as instructed. All work assignments must be completed. Any discrepancies should be taken up with the area supervisor after your work tasks have been completed. You are required to display your picture identification, notify staff if you become ill or if you are presently taking any prescribed medication. You will be issued the proper work clothing and equipment to perform the assigned work task. Weekenders failing to perform work assignments will be subjected to a disciplinary infraction and your conduct will be reported to the sentencing court.

## Program Opportunities

The Division offers a wide range of program opportunities for participation and to work toward self-improvement. Your Counselor is the key to getting you information about these programs and making an application to enroll. The staff in the programs will help those individuals who have made a serious commitment to better themselves while incarcerated. You must follow the rules of the Division to participate in the programs offered.

## Chaplain Services and Volunteer Programs

Chaplains are available to help with personal, spiritual matters and to aid you through difficult times. The Chaplains coordinate activities resulting from the serious illness or death of an immediate family member (immediate family is defined as wife, husband, mother, father, grandparent, sister, brother, and child). The Chaplains provide one-on-one counseling regarding religious matters and family concerns. All inmates are encouraged to participate in the various activities offered by the Chaplains.

There are several ways to speak with a Chaplain. You may see your Counselor about a referral to the Chaplain, or you may write the Chaplain and drop it in the orange In-House Mailbox located outside of the dining rooms. In case of an emergency contact any staff member to contact the Chaplain.

The Volunteer Program offers activities and events that use community volunteers. These may include the following:

- Alcoholic Anonymous
- Bible Study
- Religious Services / Activities
- Parenting Classes
- Narcotics Anonymous
- Tutoring and Other Activities

Interdenominational services are held in locations all over the compound, seven days each week.

Not all Volunteer Programs are offered at all times. Check with your Counselor for current activities and instructions on how to get involved in a program. If you have a suggestion for an activity, see your Counselor or the Chaplain in your housing area.

## Women's Programs

Women's Building Programs provide Treatment (Substance Abuse and Rehab), Mental Health, and counseling services to female population. The programs and services are delivered by the Care and Custody Counseling Staff, who manage inmates in treatment 24 hours per day 7 days a week. Acceptance into the treatment program is based on need. Your stay is dependent upon your performance. On your arrival the Counselor will orientate you to available programs and vocational/educational opportunities during intake. Your selection will be referred and a follow up scheduled.

## Counselor Services

The Counselors are here to help you. Your assigned Counselor will work with various departments and agencies to help you resolve any institutional or personal problems you may have. Counselors are assigned to your housing area. They are available through routine Counselor Calls. Remember, not all requests can be instantly answered by the Counselor. Please be patient. Your referrals, applications, and/or requests for assistance will be completed by your Counselor as soon as possible. You must meet certain requirements to be eligible for the different programs and activities. Talk with your Counselor about any program of

interest. All programs require, "GOOD BEHAVIOR and FULL COOPERATION" in the Division rules. Contact any staff member in case of an emergency; otherwise, your assigned Counselor will help you.

## Drug and Alcohol Treatment

The drug and alcohol program (Tem Drug & Alcohol Services), located in H Building, is designed to help inmates with drug and/or alcohol problems. The program works with you to help you develop better decision making through several different treatment approaches. The program is structured and requires 100% participation. You must meet several requirements to be eligible for the program. Ask your Counselor to refer your name if you are interested in being interviewed for this program.

## Education

**The Learning Center**—Offers a variety of programs and opportunities for self-improvement. Programs are available to most segments of the inmate population.

**Literacy Program**—For those who need to improve basic reading and writing skills.

**Adult Basic Education (ABE)**-For those who are close to receiving their GED, but need to improve skills in Reading, Math and English.

**General Equivalency Diploma (GED)**-Given to inmates who have an interest in learning basic computer operations.

## Turning Point Program

Turning Point Program– Located in I-Building provides substance abuse treatment and counseling to male inmates in a 160-bed therapeutic community. This program includes education and life skill classes.

## Library

The library is located in A-1 Building and is open to all inmates confined at SCDC. You may check out a maximum of three books and keep them for two (2) weeks. A selection of current materials including magazines and other publications are available. Each person checking materials out will be responsible for returning them in good condition.

There are up-to-date sets of law books and legal publications available to those wanting to do legal research. Check the schedule posted in your building for dates and times of operation.

## Mental Health Services

You will be given mental health care if needed. You will be asked if you were receiving mental health care at the downtown jail or before you were locked up so that we can continue your care if needed. If you have a mental health problem and want to talk to Mental Health Staff, see your Counselor or go to Medical Department/ they will give your name to Mental Health Services Department.

## Recreation Activities

Recreational Staff provides activities that allow for exercise and participation in sports. Generally, these activities take place in the gym or courtyard area.

## Sex Offender Program

You may receive sex offender treatment if you are interested and willing to work on your problem. If convicted of a sex offense, someone with the Sex Offender Program will speak with you during the first month you are here to tell you about the program. The longer your sentence, the more likely it is that you will have to wait before the program can take you. Once you are in the program you may stay in until you are released as long as you are working on your problem. There is no "graduation" from the program and the program does not give progress reports or recommendations for parole, probation or the Work Release Program.

## Vocational

**Textile Manufacturing Program**~ Teaches inmates how to sew clothes, make mattresses and special projects-(currently not available for female inmates).

**Culinary Arts**~ Teaches inmates skills in all areas of the Food Service Industry.

**Life Skills** ~ These classes are available for inmates enrolled in one of these other programs. Emphasis is on learning good work habits and working well with others.

**Upholstery Shop** ~ Teaches inmates how to refinish wood and repair furniture (currently not available for female inmates).

## Corrections Center Work Assignments

You are encouraged to have a work assignment or be in a program. If you are given a work assignment and you refuse to do the work, you will be given a disciplinary write-up. This can affect how much time you do. Only the Division Physician can excuse you from your work assignment for a medical reason. You must follow all orders or instructions given to you by your work or program supervisors. There are a limited number of jobs available. You can earn better jobs or program assignments by having a lower classification level (usually minimum), by showing a positive, cooperative attitude and by following the Division rules.

If you are assigned to an outside work line, you must be properly dressed which includes: your blue shirt, blue jeans, work boots, and your ID. Upon returning from work, you must be properly dressed and only return with your ID. You must wear your county issued work boots unless medical has approved you to wear other shoes due to a medical condition.

If you are on an outside work line, you may request a job change after ninety (90) days, for an inside work line, one hundred eighty (180) days.

If you receive a disciplinary while assigned to a work line, you could be removed from the work line for (30) to (180) days, depending on the nature of the disciplinary.

## Adult Offender Center—Work lines

The Adult Offender Center houses inmates who are able to work. You are expected to work each day and participate in Programs. The only exemption from working is for medical reasons. This must be approved and excused by the facility physician. Medical exemptions that last more than five (5) days may require that you be transferred from AOC to Main Compound for the required treatment. You must follow orders given to you by your supervisor. Refusal to work any assignment will result in disciplinary action. Following the rules on a work assignment and the institution is often how you can qualify for a preferred work line. Be sure to let your Counselor know if you have specific work skills and experience. This may help place you in a work assignment where your skills can be helpful.

Clothing at AOC is issued each day. If you work on an outside work line, you will receive your clothing when you come in from work in the afternoon. It is important that you stay as clean and neat as possible. Check your clothes when they are issued. Make sure that they fit and are in good condition. If you get marked or torn clothing, make sure you inquire about exchanging them immediately. You are not allowed to have any extra clothing. If assigned to an outside work line, you are not allowed to have any extra clothing. If you are assigned to an outside work line, you are not allowed to change into gray scrubs during time off from work unless approved by work line staff. Damaging, defacing or destruction of clothing or any other County property will result in disciplinary action. Make sure you wear your clothing properly—shirt buttoned and tucked into your pants. Pants are pulled up to your waistline, shoes laced and tied. All County issued clothing and other property must be turned in when you are released.

## Work Release Program

Work Release is a program that gives minimum security inmates an opportunity to earn money to pay for room and board, court files, court costs, child/family support, while incarcerated and to save money for your released. If you are 21 years of age, have a classification level of 1, 2, or 3, have no serious assaultive offenses, no sexual offenses, have been incarcerated at the Corrections Center for 30 days and can pass a drug test, you may qualify for Work Release. If interested in knowing if you qualify for Work Release, you may submit an application or have your counselor contact the Work Release Office.

If you apply for the program, you will undergo a thorough screening process. You will be interviewed and evaluated on your background. This includes your criminal history, your work record at the Corrections Center, on the streets, your family ties, your educational background, program participation, and your short and long-term goals. Your behavioral record here at the Corrections Center has a major role in the screening process, each time you are incarcerated.

If you pass the screening process, your case will be presented to the Work Release Board. The Work Release Board will review your record and interview you; The Work Release Board will approve or deny your application. If approved, the Work Release Office will assist with job placement.

### N-Building West Tennessee Regional Re-Entry Center

### Re-Entry Program Criteria

- Voluntary Participation
- Must be interviewed for selection by program staff
- Must have a security level classification of medium (4, 5, or 6)
- No sexual charges
- Must be within 12 to 15 months of action date, i.e. release, expiration of sentence or parole board hearing
- Must participate in all work activities and programs (MRT, Fatherhood, GED prep, BFF, etc.) as dictated by program requirements and transition plan
- No disciplinary convictions within previous 90 days (complete disciplinary record will be reviewed)

### Program Services

- Work Prep, i.e. job readiness, vocational training
- Job placement (employment and retention)
- Preparation for family reunification
- Life/Coping skills development
- Basic education skill improvements (math, reading, writing)
- Therapeutic interventions and training
- Victim awareness and impact
- Anger and stress management
- Release planning
- Alcoholics and/or Narcotics Anonymous
- Care and Custody Counseling
- Chaplain Services
- Church Services/Bible Study
- Additional Visitations
- Recreation Call
- Law library
- Pre-Release Classes
- Other appropriate programs as offered
- Maximum credits

### Women's Re-Entry Program –Criteria

- Understand that program participation is voluntary
- Must complete a Letter of Interest and submit to program staff
- Must be interviewed by Program Staff and accepted as a possible program participant
- No Disciplinary Convictions within the last 90 days
- Agree to complete a comprehensive LS/CMI Risk Assessment
- No current aggravated sexual charges
- Must have 6 months to 1 year left on sentence
- Agree to participate in all required program components: MRT, Life Skills, Moving On, GED, Fannie Mae, Job Readiness, Case Management, and Behavior Modification Classes and Exercises
- Agree to be Re-Housed to N-Building Program Housing
- Agree to abide by all rules of the program dorm
- Agree to submit to a drug screen upon entering and random screens during the duration of the program

## Category One Hundred Violations: (Class "C" Non-Violent)

| RULE# | CHARGE |
|---|---|
| 100 | Lying or providing false statement to a staff member |
| 101 | Disobeying any verbal or written order or rule |
| 102 | Engaging in horseplay, excessive loud talking or making excessive loud noises |
| 103 | Failure to produce ID Card |
| 105 | Failure to follow any other rules appearing in the Inmate Handbook or posted at SCDC |
| 106 | Failure to follow safety or sanitation regulations. |
| 107 | Loaning of property or anything of value for profit or increased return |
| 108 | Malingering or faking an illness |
| 109 | Possessing, making or using any unauthorized items |
| 110 | Being unsanitary or untidy; failing to keep one's person or quarters in accordance with facility standards |

## Category Two Hundred Violations: (Class "B" Non-Violent)

| RULE# | CHARGE |
|---|---|
| 200 | Planning to escape |
| 201 | Attempted suicide or self-inflicted wounds |
| 202 | Making sexually obscene gestures |
| 203 | Possessing cigarettes or other tobacco products |
| 204 | Smoking or using other tobacco products |
| 205 | Gambling |
| 206 | Making sexual proposals |
| 207 | Absence from an assigned area and/or being found in another area without permission |
| 208 | Unauthorized physical contact with another (i.e., such as kissing or embracing) |
| 209 | Making harassing, nuisance or unauthorized telephone calls |
| 210 | Interfering with staff in discharging duties, interfering with count or regular activities |

## Category Three Hundred Violations: (Class "A" Non-Violent)

| RULE# | CHARGE |
|---|---|
| 300 | Escape: to be absent from custody and not return; failure to return at the conclusion of a court ordered furlough |
| 301 | Attempted escape |
| 302 | Failure to follow furlough rules or late returning furlough |
| 303 | Tampering with locks or locking devices |
| 304 | Stealing or receiving stolen property |
| 305 | Damaging, destroying or altering county property or property of another |
| 306 | Possessing money or instruments of money |
| 307 | Possessing any drug or intoxicant, or excessive medication prescribed by medical staff |
| 308 | Possessing a dangerous weapon of any kind; any key or key-like device; dangerous chemical, explosive, ammunition implement or tool, cell phones, chargers and pagers (beepers). Any other wireless communication equipment |
| 309 | Possession of any gang-related materials or items, or other "security threat" material (including gang signs, pictures, insignia, hand written materials, etc.) |
| 310 | Refusing to provide a urine sample or to take part in other substance abuse testing |
| 311 | Falsification of documents |
| 312 | Under the influence of intoxicants of any kind or testing positive for intoxicants of any kind |
| 313 | Unauthorized use of any motorized vehicles |
| 314 | Tampering with mail |
| 315 | Refusing or failing to perform a work assignment as instructed |
| 316 | Showing disrespect for any employee, by using derogatory, profane, abusive language, remarks or gestures, including yelling |
| 317 | Flooding |
| 318 | Any violation of State Law (TCA) not specifically addressed in this policy may be referred for prosecution |
| 319 | Intentionally exposing the genitals, buttocks, or breasts (female only) to another |
| 320 | Engaging in sexual activity |

22

**Category Four Hundred Violations: (Class "A" Violent)**

| **RULE#** | **CHARGE** |
|---|---|
| 400 | Setting a fire. |
| 401 | Physically assaulting another person (i.e., striking with a part of the body or an object such as a weapon.) |
| 402 | Throwing or ejecting fluids or solids of any kind on another person. |
| 403 | Fighting, any physical altercation between two or more persons. |
| 404 | Threatening another person with bodily harm (i.e., communicating a threat either written, verbally, gesture, directly, or indirectly or implied). |
| 405 | Sexual assault or threat to commit sexual assault. |
| 406 | Engaging in or inciting a riot. |

## Appendix B

### SANCTIONS

### FORMAL SANCTIONS

Dismissal/Not Guilty

**Class A Violations:**                                          **(Guilty Verdicts)**

| | |
|---|---|
| Punitive Isolation | 15-30 days |
| Reduction in sentence credits | 10-40 days |
| Restriction of visitation privileges | (up to one (1) year for related offense) |
| Restriction of telephone, commissary, television, recreation, or other privileges | (up to six (6) months for related offense) |
| Require monetary restitution | (actual cost) |
| Recommend job change | |
| Recommend center/housing change | |
| Confiscation of unauthorized property/reprimand | |

**Class B Violations:**                                          **Guilty Verdicts)**

| | |
|---|---|
| Punitive Isolation | (05-15 days) |
| Reduction in sentence credits | (05-15 days) |
| Restriction of visitation privileges | (up to one (1) year for related offense) |
| Restriction of telephone, commissary, television, recreation or other privileges | (up to six (6) months for related offense) |
| Recommend job change | |
| Recommend center/housing change | |
| Suspend sentence | (up to 60 days) |
| Require Counseling | |
| Confiscation of unauthorized property/reprimand | |

The following sanctions are **standard/minimum sanctions** for Class A and B violations (listed above) once guilt is established. Additional sanctions may be added where appropriate:

| **Offense** | **Minimum Sanction** |
|---|---|
| 300 | 30 days isolation |
| 301 | 30 days isolation |
| 305 | 15 days isolation |
| 307 | 15 days isolation |
| 308 | 15 days isolation |
| 310 | 15 days isolation |
| 312 | 15 days isolation |
| 313 | 15 days isolation |
| 318 | 10 days isolation |
| 319 | 30 days isolation plus LSC |

23

| Offense | Minimum Sanction |
|---------|------------------|
| 320 | 15 days isolation |
| 400 | 30 days isolation |
| 401 | 30 days isolation |
| 402 | 30 days isolation |
| 403 | 30 days isolation |
| 406 | 15 days isolation |

Note:   Restricting privileges should be directly related to a violation involving the privilege.

## Sanctions

**Class C Violations:**

Reduction in sentence credits
Restriction of visitation privileges
Restriction of telephone, commissary, television,
non-legal mail, recreation or other privileges
Require job change
Issue warning/reprimand
Suspend sentence
Require Counseling
Require extra clean-up duties
Expulsion from a program

**Guilty Verdicts)**

(05-10 days)
(up to one (1) year for related offense) ***

(up to three (3) months for related offense)

## Information Sanctions

(Not applicable to Class A or B offenses)

All sanctions regardless of area will be identified in this policy as follows:

Require extra clean-up duties

Restriction of telephone, commissary, television,
recreation or other privileges                          (up to three (3) days)
telephone privileges                                    (up to three (3) days for related offenses)
Restrict visitation privileges        (1-3 days) for related offenses
Restrict commissary privileges                         (1-3 days) for related offenses
Restrict recreation                    (1-3 days) for related offenses
Issue warning/reprimand

## Violation of basic program rules (Care and Custody Programs):

I.    Learning Experiences
II.   Behavior Contract
III.  Exiting from the Program

24



HANDBOOK EDITED AND MAINTAINED BY:

*Terrie Maten,* Executive Assistant
for Security Department

## SHELBY COUNTY DIVISION OF CORRECTIONS
## INMATE DISCIPLINARY HEARING APPEAL FORM

INMATE NAME: _Cordarlrius Sledge_   R & I#: _____

CHARGING EMPLOYEE: _____ D. Dyson

DATE/TIME OF OFFENSE: _____ 5-16-15 @ 2109

DATE/TIME OF HEARING: _____ 5-20-15 @

PLEASE INDICATE YOUR BASIS FOR APPEAL:

_____ The disciplinary procedures were not properly followed.

__X__ There was not sufficient evidence to support the hearing officers' findings.

_____ The sanctions applied by the hearing officer were excessive for the violation.

**EXHIBIT D**

PLEASE EXPLAIN YOUR BASIS FOR APPEAL: (Use supplemental page if more space is needed)

I have been upheld for assault against staff when I didn't assault no one in no way. The write up states that I struck officers, But it also have the correction at the top of the incident report that I didn't strike any officer. If I woulder did such a thing, I woulder been took to Jail East an been gave a street charge. I've been giving 30 days Isolation an my security level has been raised up. I didn't even push pass them to flush anything. Officer smith told me I could flush the paper. Once officer Dyson seen me flush the paper, he beat me up so bad that I had to go to the outside med. My incident report states that I didn't strike no one, so there was no reason for me to get beat up an sent to the outside med. Every thing writtin in my Incident Report was untrue except for the correction that was made at the top of It. Ms. Smith please Investigate an get to the bottom of this situation for me, because It Is very unfair an the disciplinary procedures were not properly followed.

_Cordarlrius Sledge_   5-22-15
INMATE'S SIGNATURE/DATE

MANAGER OF INMATE DISCIPLINE:

__X__ I affirm the decision of the hearing officer.

_____ I modify the decision of the hearing officer.

_____ I reverse the decision of the hearing officer.

_____ I deny the appeal due to not being submitted in a timely manner.

Appeal Denied

BASIS FOR RESPONSE:

_____

_____

_____

_____

_____

_____

_____

See Attached

_____   6-1-15
ADMINISTRATOR OF INMATE DISCIPLINE SIGNATURE/DATE

WHITE - CENTRAL RECORDS
CANARY - DISCIPLINARY BOARD
PINK - INMATE
GOLDENROD -CLASSIFICATION

S351034-T                    PAGE _1_ OF _2_                    5/27

Cordarirus Sledge#

hearing #

5/27/15

pg. 2 of 2    5-25-15

IN house MAil

TO: Ms DORis Smith

Ms. Smith, I INmate CordArkius Sledge have Already Returned my Appeal to the Discipline office threw the mail, But I spoke with Sergeant M<sup>c</sup>Clain About my Incident that took place on 5-16-2015 AN let him Know that I fausly been found guilty for ASSAult on StAff AN been giving 30 dAys Isolation AN security level RAised from A 6 to AN 8. He told me to write you outside of m Appeal pAper AN hAve you contAct him AN he will let you Know that he is the person who mAde the correction on the write up (INcident Report) AN I didn't ASSAult Any one iN Any wAy, When he sAid pushed pAssed Don't meAn I put my hAnds on Anyone, he's sAying I RAN threw the door to the toliet. Please contAct him ms. Smith AN get to the bottom of this, Am trying to get bAck home to my fAmily AN this Incide is extending my stAy, NOT only thAt, Its mAking my JAil time hArder becAuse Am been put on mAx for over A yeAr for some I didn't do. ThAnk you very much AN hAve A Blessed dAy.



EXHIBIT E

2-29-6

How are you doing Mr. Gulcin, My name is Cordnelius Sledge CNI #▮▮▮▮
I was in a incident that took place on May 16 2014. In the main frame 14 Block.
Mrs. Alexander and Tonya Beasley took a report on It and did A Investigation on the
incident. I was Assaulted by three of your Scdc officers (Sgt. McClain, officer Dyson and
officer Hailey). I was sent to the out side med on May 17 2014 cuz of wat took place
in the incident. I was told After the Investigation was over I would be Notify on the
outcome of the INVESTIGATION when It was over. My power Authority Ashley Brown was told
that the Investigation was over and that I would get a copy of the outcome. ▮▮▮▮ The investigation
as been over three months or more And I still havent received anything At this time. My power Authority
Ashley Brown was told by Tonya Beasley that I need to write you Mr. Gulcin and you would see to
I get a copy of the outcome of the Investigation. Because of the incident I will be going to the
utside med at anyday to get a hearing aid put in my right eye. If you would be so kind and see
to that I get a copy of the Investigation. If you have any question or want to know anything else
boot the incident you can reach My power Authority Ashley Brown at ▮▮▮▮▮▮▮ She have a
opy of the write up with the incident # on It Along with my medical recorders. I'm housed in J-
Bldg - D- dorm 3 cell. If you want to pull me out an put It in my hand youe self. Thank you
And have a Blessed day Mr. Gulcin,



**EXHIBIT F**

How Are you doin Mr. William Gupton, My name is Cordarkius Sledge RUI# [redacted] Im writting you Regarding the close of an investigation conducted by the Office of Professional Standards (ops). I was told that I would receive documentation threw the mail of the investigation After It was closed. My Power Attorney Ashley Brown [redacted] was told that the Investigation was over with almost Three months Ago an I still haven't recived any documentation. This is my 2nd time writting you, the 1st time I miessed spelled your name, sorry About that, an I didn't put my signature n It. If you would be so kind an see too I get a copy of the out-come of the investigation. The ncident # is [redacted], incident DT/TM 05-16-2015 at 2109. The officers was Supervisor Danny McClain, Officer David Dyson, and Officer Haley. I was charged with 401-Assault on Staff, 404 Contraband, and 417 use of Force when I was the person that was Assaulted. I was bet up a bad, because of the Incident I will be goin back to the out side med at any day now to get a rearing Aid put in my Right ear. Mr. Alexander that work with Ops an Tonya Bensley, Supervisor of Inmate Grievance an Forensics is who I was communicating with about the investigation. If Im not Mistaken, Thats who was over the investigation. Thank you and have a Blessed day Mr. Gupton...

*Cordarkius Sledge* RUI# [redacted] 3-7-2016



**EXHIBIT G**

MAY 1 9 2015

To: Director Gupton
From: 14 Block
cc: Attorney Author Horne, D.P.S, Fox 13 News and Mayor Mark Luttrell
Subject: Accessive Force and Unconstitutional treatment

_____

To whom this may concern,

The reason for the entire 14 block writing is due to the accessive force that is being used on the inmates at the Shelby County Correctional Center and unconstitutional treatment. On May 16, 2015, at 19:45 hour, Sgt McClain, Ofc D. Dyson, Ofc Lloyd, Ofc T. Smith, and Ofc Whitey came into 14 block which is the main building on the Upper West Wing. Upon (when) Sgt McClain, Officers D. Dyson, T. Smith, Lloyd and Whitey "they told everyone to stay were they are at." Sgt McClain then ordered officers D. Dyson and Whitey to strip search inmate C. Sledge in the bathroom after being searched inmate C. Sledge came out of the restroom area in front of the entire dorm starting to Sgt McClain that these officers was on some homosexual stuff. Ofcs D. Dyson and Whitey begin yanking off inmate C. Sledge underwear in front of the door and begin laughing as if it was funny. Inmate C. Sledge there starting asking Sgt. McClain what is all this for?" Sgt McClain then ordered Ofc D. Dyson

Ofc. Lloyd, Ofc. Wiley and Ofc. T. Smith to whoop his ass and spray him." All the following officers did what Sgt. McClain told them. Ofc. D. Dyson then picked inmate C. Sledge up over (his head) Ofc. D. Dyson and slammed him to the concrete pavement inmate C. Sledge was laying on the floor unconscious for several minutes. He was taken to the outside Med that night. On May 17, 2015 inmate C. Sledge was Rushed back to the outside Med due to the following incident that occured May 16, 2015. Please be advised that this same Sergant and some of the above mentioned officers are banned from J Building for assualting inmates. How are (we) the inmates at the Shellby County Correctional center suppose to feel safe and secure when the staff members at the Shellby County Correctional center are assualting and threatening us? WE ARE truly asking that this matter be looked into before someone get hurt really bad or lose their life because of some unprofessional officers. Please look into this matter and assure (us) the inmates at the Shelby County Correctional Center that this situation will never occur again. WE ARE not trying to become one of their victims. Attached are the names of the witnesses that saw another human being, being treated cruel. "Please put a stop to this madness..."

