# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| **CORDARLRIUS SLEDGE,** | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 2:16-cv-02259-STA-egb |
| **CORRECTIONAL OFFICER DAVID DYSON, SERGEANT DANNY McCLAIN, and OFFCER DEMETRIUS HALEY,** | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER DIRECTING PLAINTIFF TO SHOW CAUSE

On October 24, 2017, Defendants David Dyson and Demetrius Haley filed a Motion for Summary Judgment (ECF No. 22). Plaintiff Cordarlrius Sledge has not responded. Plaintiff is hereby **DIRECTED** to show cause within fourteen (14) days as to why Plaintiff has not timely responded to Defendants' Motion. Failure to respond to this Order will result in the Court treating Defendants' Statement of Undisputed Material Facts as true for the purposes of the Motion. Further, the Court will be forced to consider Defendants' Motion without any arguments from Plaintiff.

**IT IS SO ORDERED.**

s /S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: January 3, 2018.