**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | |
|---|---|
| **CORDARLRIUS SLEDGE,**       ) | |
|         ) | |
|       **Plaintiff,**     ) | |
|         ) | |
| **vs.**         ) | **No. 2:16-cv-02259-STA-egb** |
|         ) | |
| **SERGEANT DANNY McCLAIN,**    ) | |
|         ) | |
|       **Defendant.**    ) | |

---

### ORDER OF DISMISSAL

---

Plaintiff Cordarlrius Sledge, an inmate at the Shelby County Division of Corrections ("DOC"), filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1).  The first summons that was issued for Defendant Sergeant Danny McClain was returned as unexecuted with the notation that Defendant was no longer an employee of DOC (ECF No. 18).  The Court thereafter issued a third-party subpoena, ordering DOC to file under seal the last known address for Defendant (ECF No. 19).  DOC complied with the Court's Order (ECF No. 23).  At that point, the Court directed the Clerk to re-issue the summons for service of process for Defendant, reflecting the new information regarding Defendant's whereabouts (ECF No. 24).  And then that summons was returned as unexecuted (ECF No. 31).  On February 8, 2018, the Court ordered Plaintiff to provide the Court with the correct address of Defendant so that service could be processed (ECF No. 33).  Plaintiff was cautioned that the failure to provide this information to the Court in writing within twenty-one days would result in the dismissal of the action against Defendant without further notice to Plaintiff.

Plaintiff has not submitted the requisite information.  Therefore, Plaintiff's claims against Defendant are hereby **DISMISSED**.

Furthermore, as Defendant is the last defendant remaining in this action (ECF No. 32), all of Plaintiff's claims have been dismissed.  Therefore, the Clerk is **DIRECTED** to enter Judgment in favor of the defendants.

**IT IS SO ORDERED.**

s /**S. Thomas Anderson**
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date:  March 2, 2018.